UNITED STATES BANKRUPTCY COURT
1300 CLAY STREET, SUITE 300
OAKLAND CA 94612
(510) 879-3570

C 07 4826   CW

SEP 1 8 2007

Richard W. Wieking, Clerk
United States District Court
450 Golden Gate Ave.
P. O. Box 36060
San Francisco CA 94102

Re: Case Name: **DEAN GORDON POTTER** (Case # 06-42425 T11)

Dear Mr. Wieking,

Enclosed please find one motion and two supporting documents representing for review. Also included is a copy of the docket. Document 106 is *Motion for Withdrawal of Reference and to Transfer Venue,* in accordance with B.L.R 9015-2(b).

Pursuant to B.L.R. 5011-2(b), I am transmitting these documents for the purpose of assignment to a District Court Judge.

Please provide an acknowledgment of receipt and assignment of case number, if appropriate, by returning a copy of this letter.

Very truly yours,

Todd Leyba

TL

enc.