PlnDue, DsclsDue

# U.S. Bankruptcy Court
## Northern District of California (Oakland)
### Bankruptcy Petition #: 06-42425
Internal Use Only

*Assigned to:* Judge Leslie J. Tchaikovsky
Chapter 11
Voluntary
Asset

*Date Filed:* 12/12/2006

*Debtor*
**Dean Gordon Potter**
100 Volz Court
Alamo, CA 94507
United States
707-745-4540
SSN: 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
*aka*
**D. Gordon Potter**
*aka*
**Gordon Potter**

represented by **Gerald A. Holmes**
Law Offices of Simpson and Gigounas
100 Pine St. #750
San Francisco, CA 94111
(415) 391-4900
Email: holmesauthor@mindspring.com

**James T. Cois**
Law Offices of James T. Cois
P.O. Box 2705
San Francisco, CA 94126-2705
(415)561-1445
Email: JTCois@aol.com

*U.S. Trustee*
**Office of the U.S. Trustee /Oak**
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612
(510) 637-3200

represented by **Minnie Loo**
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612-5217
(510) 637-3200
Email: minnie.loo@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 12/12/2006 | 1 | Chapter 11 Voluntary Petition, Fee Amount $1039, Filed by Dean Gordon Potter. Order Meeting of Creditors due by 12/19/2006. (Holmes, Gerald) Modified on 12/13/2006 PETITION PAGES ARE OUT OF ORDER. CERTIFICATE OF CREDIT COUNSELING INCLUDED. COURT CORRECTED SUMMARY OF SCHEDULES STATISTICAL DATA FOR SCHEDULE B. STATEMENT OF CURRENT MONTHLY INCOME INCLUDED. COURT CORRECTED FEE STATUS TO PAID. COURT CORRECTED SMALL BUSINESS STATISTICAL DATA TO "YES".(tl, ). (Entered: 12/12/2006) |
| 12/12/2006 | | Receipt of filing fee for Voluntary Petition (Chapter 11)(06-42425) [misc,volp11] (1039.00). Receipt number 3834585, amount $1039.00 (U.S. Treasury) (Entered: 12/12/2006) |
| 12/12/2006 | 2 | Certificate of Credit Counseling Filed by Debtor Dean Gordon Potter (Attachments: # 1 Exhibit Certificate of Completion of Credit Counseling) (Holmes, Gerald) Modified on 12/13/2006 MAIN DOCUMENT IS OFFICIAL FORM 23.(tl, ). (Entered: 12/12/2006) |
| 12/12/2006 | | First Meeting of Creditors with 341(a) meeting to be held on 01/08/2007 at 11:30 AM at Oakland U.S. Trustee Office. Last Day to Determine Dischargeability of Certain Debts due by 03/09/2007. Proof of Claim due by 04/09/2007. (admin, ) (Entered: 12/12/2006) |
| 12/13/2006 | | **CORRECTIVE ENTRY** COURT CORRECTED SUMMARY OF SCHEDULES STATISTICAL DATA FOR SCHEDULE B. COURT CORRECTED FEE STATUS TO "PAID". COURT CORRECTED SMALL BUSINESS STATISTICAL DATA TO "YES". (RE: related document(s)1 Voluntary Petition (Chapter 11), Voluntary Petition (Chapter 11)). (tl, ) (Entered: 12/13/2006) |
| 12/13/2006 | 3 | Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Deadlines (Generated) . (tl, ) (Entered: 12/13/2006) |
| 12/13/2006 | 4 | Order for Payment of State and Federal Taxes . (tl, ) (Entered: 12/13/2006) |
| 12/13/2006 | 5 | Unsecured Creditors Committee Acceptance or Rejection Form . (tl, ) (Entered: 12/13/2006) |

| Date | Doc # | Description |
|---|---|---|
| 12/14/2006 | 6 | Amended Schedule E *For Correction of Address*. Fee Amount $26. Filed by Debtor Dean Gordon Potter (Holmes, Gerald) Modified on 12/14/2006 ATTORNEY CALLED TO INFORM THE COURT THAT THE ATTACHED ALOS INCLUDE THE CREDITORS MATRIX.(jkw, ). (Entered: 12/14/2006) |
| 12/14/2006 | | Receipt of filing fee for Amended Schedules (D, E, and F - Fee Required)(06-42425) [misc,amdsch] ( 26.00). Receipt number 3841220, amount $ 26.00 (U.S. Treasury) (Entered: 12/14/2006) |
| 12/15/2006 | 7 | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s)3 Generate 341 Notices). Service Date 12/15/2006. (Admin.) (Entered: 12/15/2006) |
| 12/15/2006 | 8 | BNC Certificate of Mailing - Payment of State and Fed Taxes. (RE: related document(s)4 Order for Payment of State and Federal Taxes). Service Date 12/15/2006. (Admin.) (Entered: 12/15/2006) |
| 12/15/2006 | 9 | BNC Certificate of Mailing - Unsecured Creditors' Comm Acc/Rej Form. (RE: related document(s)5 Unsecured Creditors Committee Acc/Rej Form). Service Date 12/15/2006. (Admin.) (Entered: 12/15/2006) |
| 12/20/2006 | 10 | Application to Employ Simpson & Gigiounas as Attorneys for Debtor Filed by Debtor Dean Gordon Potter (Attachments: # 1 Appendix Ciricula Vitae for Simpson & Gigounas-1# 2 Appendix Ciricular Vitae-2) (Holmes, Gerald) (Entered: 12/20/2006) |
| 12/20/2006 | 11 | Declaration of Edward B. Simpson & John Gigounas in support of *Application to Employ Simpson & Gigounas as Attorneys for Debtor* (RE: related document(s)10 Application to Employ). Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 12/20/2006) |
| 12/21/2006 | 12 | Certificate of Service *of Katie Ramos* (RE: related document(s)10 Application to Employ). (Holmes, Gerald) (Entered: 12/21/2006) |
| 12/26/2006 | 13 | Application to Employ James T. Cois as Attorney for Debtor-in-Possession Filed by Debtor Dean Gordon Potter (Cois, James) (Entered: 12/26/2006) |
| 12/26/2006 | 14 | Declaration of James T. Cois in support of *James T. Cois as attorney for debtor-in-possession* (RE: related document(s)13 Application to Employ). Filed by Debtor Dean Gordon Potter (Cois, James) (Entered: 12/26/2006) |
| 01/05/2007 | 15 | Amended Schedule B, Schedule C,. *and Amended Summary of Schedules* Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 01/05/2007) |
| 01/05/2007 | 16 | Certificate of Service *of Katie Ramos* (RE: related document(s)15 Amended Schedules (A, B, C, H, I and J - No Fee Required)). (Holmes, Gerald) (Entered: 01/05/2007) |
| 01/05/2007 | 17 | First Amended Certificate of Service *of Katie Ramos to Correct Date* (RE: related document(s)16 Certificate of Service). (Holmes, Gerald) (Entered: 01/05/2007) |
| 01/08/2007 | | Meeting of Creditors Continued, Tape Counter: 5, . 341(a) meeting to be held on 2/5/2007 at 11:30 AM Oakland U.S. Trustee Office (Kretzer, Matthew) (Entered: 01/08/2007) |
| 01/24/2007 | 18 | Notice of Hearing on *Application and Supplemental Application to Employ* (RE: related document(s)10 Application to Employ Simpson & Gigiounas as Attorneys for Debtor Filed by Debtor Dean Gordon Potter (Attachments: # (1) Appendix Ciricula Vitae for Simpson & Gigounas-1# (2) Appendix Ciricular Vitae-2) (Holmes, Gerald), 13 Application to Employ James T. Cois as Attorney for Debtor-in-Possession Filed by Debtor Dean Gordon Potter (Cois, James)). Hearing scheduled for 2/22/2007 at 10:00 AM at Oakland Room 201 - Tchaikovsky. Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 01/24/2007) |
| 01/24/2007 | 19 | Supplemental Application to Employ Simpson & Gigiounas & James Cois as Attorneys for Debtor *Dean Gordon Potter* Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 01/24/2007) |
| 01/24/2007 | 20 | Certificate of Service *of Katie Ramos* (RE: related document(s)10 Application to Employ, 13 Application to Employ, 19 Application to Employ). (Holmes, Gerald) (Entered: 01/24/2007) |
| 01/26/2007 | 21 | First Operating Report for Filing Period December 2006 Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 01/26/2007) |
| 01/26/2007 | 22 | Certificate of Service *of Katie Ramos for Monthly Operating Report December 2006* (RE: related document(s)21 Operating Report). (Holmes, Gerald) (Entered: 01/26/2007) |

| Date | Doc # | Description |
|---|---|---|
| 01/31/2007 | 23 | Amended Notice of Hearing *on Application and Supplement Application to Employ* (RE: related document(s)18 Notice of Hearing *on Application and Supplemental Application to Employ* (RE: related document(s)10 Application to Employ Simpson & Gigiounas as Attorneys for Debtor Filed by Debtor Dean Gordon Potter (Attachments: # (1) Appendix Ciricula Vitae for Simpson & Gigounas-1# (2) Appendix Ciricular Vitae-2) (Holmes, Gerald), 13 Application to Employ James T. Cois as Attorney for Debtor-in-Possession Filed by Debtor Dean Gordon Potter (Cois, James)). Hearing scheduled for 2/22/2007 at 10:00 AM at Oakland Room 201 - Tchaikovsky. Filed by Debtor Dean Gordon Potter (Holmes, Gerald)). Hearing scheduled for 3/5/2007 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 01/31/2007) |
| 01/31/2007 | 24 | Certificate of Service *of Katie Ramos on Amended Notice of Hearing* (RE: related document(s)23 Notice of Hearing,,, ). (Holmes, Gerald) (Entered: 01/31/2007) |
| 02/06/2007 |  | Meeting of Creditors Held,Tape Counter: none *Debtor provided requested docs. meeting concluded.* ((RE: related document(s) Meeting of Creditors Continued). (McGee, Margaret) (Entered: 02/06/2007) |
| 02/06/2007 | 25 | Amended Notice of Continued Hearing (RE: related document(s)18 Notice of Hearing *on Application and Supplemental Application to Employ* (RE: related document(s)10 Application to Employ Simpson & Gigiounas as Attorneys for Debtor Filed by Debtor Dean Gordon Potter (Attachments: # (1) Appendix Ciricula Vitae for Simpson & Gigounas-1# (2) Appendix Ciricular Vitae-2) (Holmes, Gerald), 13 Application to Employ James T. Cois as Attorney for Debtor-in-Possession Filed by Debtor Dean Gordon Potter (Cois, James)). Hearing scheduled for 2/22/2007 at 10:00 AM at Oakland Room 201 - Tchaikovsky. Filed by Debtor Dean Gordon Potter (Holmes, Gerald)). Filed by Debtor Dean Gordon Potter (Cois, James) (Entered: 02/06/2007) |
| 02/15/2007 | 26 | Operating Report for Filing Period Janaury 2007 Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 02/15/2007) |
| 02/15/2007 | 27 | Certificate of Service *of Katie Ramos* (RE: related document(s)26 Operating Report). (Holmes, Gerald) (Entered: 02/15/2007) |
| 02/16/2007 | 28 | Notice of Status Conference to be held on 3/14/2007 at 02:00 PM at Oakland Room 201 - Tchaikovsky. (jaw, ) (Entered: 02/16/2007) |
| 02/18/2007 | 29 | BNC Certificate of Mailing - Notice of Status Conference in Ch 11. (RE: related document(s)28 Notice of Status Conference). Service Date 02/18/2007. (Admin.) (Entered: 02/18/2007) |
| 02/23/2007 | 30 | Ex Parte Motion for 2004 Examination Filed by Attorney IRS (Rohall, Thomas) (Entered: 02/23/2007) |
| 02/23/2007 | 31 | Certificate of Service (RE: related document(s)30 Motion for Examination). (Rohall, Thomas) (Entered: 02/23/2007) |
| 02/23/2007 | 32 | Order Granting Motion for 2004 Examination (Related Doc # 30) (tl, ) (Entered: 02/23/2007) |
| 02/26/2007 | 33 | Request for Notice Filed by Attorney IRS (Rohall, Thomas) (Entered: 02/26/2007) |
| 02/26/2007 | 34 | Certificate of Service (RE: related document(s)33 Request for Notice). (Rohall, Thomas) (Entered: 02/26/2007) |
| 03/05/2007 | 35 | MINUTES: HEARING HELD ON 3/5/07 AT 2:00 P.M.. APPEARING: JAMES COIS, JOHN GIGOUNAS, GERALD HOLMES - PROPOSED COUNSELS FOR DEBTOR. THE COURT WILL ALLOW EMPLOYMENT OF SIMPSON & GIGOUNAS AS A GENERAL BANKRUPTCY COUNSEL, AND JAMES COIS AND GERALD HOLMES MAY BE HIRED AS PART OF SIMPSON & GIGOUNAS LAW FIRM ON CONTRACT BASIS. (RE: related document(s)10 Application to Employ Simpson & Gigiounas as Attorneys for Debtor Filed by Debtor Dean Gordon Potter (Attachments: # (1) Appendix Ciricula Vitae for Simpson & Gigounas-1# (2) Appendix Ciricular Vitae-2) (Holmes, Gerald), 13 Application to Employ James T. Cois as Attorney for Debtor-in-Possession Filed by Debtor Dean Gordon Potter (Cois, James)). (hb, ) (Entered: 03/05/2007) |
| 03/07/2007 | 38 | Order Granting Application to Employ Attorney John Gigounas for , Gerald A. Holmes for , James T. Cois for Added to the Case (Related Doc # 10) (tl, ) (Entered: 03/08/2007) |
| 03/08/2007 | 36 | Status Conference Statement *of Debtor* (RE: related document(s)28 Notice of Status Conference). Filed by Debtor Dean Gordon Potter (Attachments: # 1 Exhibit Exhibit 1-Ciricula Vitae) (Holmes, Gerald) (Entered: 03/08/2007) |
| 03/08/2007 | 37 | Certificate of Service *of Katie Ramos of Status Conference Statement* (RE: related document(s)36 Status Conference Statement). (Holmes, Gerald) (Entered: 03/08/2007) |
| 03/10/2007 | 39 | BNC Certificate of Mailing (RE: related document(s)38 Order on Application to Employ). Service Date 03/10/2007. (Admin.) (Entered: 03/10/2007) |

| | | |
|---|---|---|
| 03/14/2007 | | MINUTES: HEARING HELD ON 3/14/07 AT 2:00 P.M.. APPEARING: GERALD HOLMES AND JOHN GIGOUNAS - FOR DEBTOR, THOMAS ROHALL - FOR I.R.S., TOM MOORE - FOR U.S. ATTORNEY, I.R.S. 1) THE BANKRUPTCY CASE WAS FILED TO LITIGATE THE CLAIM WITH TAX AUTHORITIES. DEBTOR WOULD LIKE TO STAY IN CHAPTER 11 WITHOUT FILING A PLAN UNTIL THE LITIGATION IS CONCLUDED. IF THE DEBTOR WINS, HE WOULD DISMISS THE CASE, IF HE LOOSES, HE WOULD PROCEED WITH THE PLAN. 2) NO DEADLINE FOR FILING A PLAN SET. 3) CHAPTER 11 STATUS CONFERENCE CONTINUED TO 6/4/07 AT 2:00 P.M.. IF ANY ATTORNEY HAS A CONFLICT, HE MAY CALL THE CALENDAR CLERK TO CHANGE THE DATE. 4) MR. MOORE IS CONTEMPLATING FILING A MOTION TO APPOINT A TRUSTEE. (RE: related document(s)28 Notice of Status Conference to be held on 3/14/2007 at 02:00 PM at Oakland Room 201 - Tchaikovsky. (jaw, )). Status Conference to be held on 6/4/2007 at 2:00 PM Oakland Room 201 - Tchaikovsky for 28, (hb, ) (Entered: 03/15/2007) |
| 03/22/2007 | 40 | Operating Report for Filing Period February 2007 Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 03/22/2007) |
| 03/22/2007 | 41 | Certificate of Service *of Katie Ramos for Operating Report February 2007* (RE: related document(s)40 Operating Report). (Holmes, Gerald) (Entered: 03/22/2007) |
| 04/03/2007 | 42 | Notice of Hearing *on Objection to Claim of Franchise Tax Board* Hearing scheduled for 6/4/2007 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Debtor Dean Gordon Potter (Holmes, Gerald) Modified on 4/4/2007 **ERROR** STREET ADDRESS IS INCORRECT. CORRECTION REQUIRED.(tl, ). Modified on 4/4/2007 (tl, ). (Entered: 04/03/2007) |
| 04/03/2007 | 43 | Objection *to Claim of Franchise Tax Board* (RE: related document(s)42 Notice of Hearing). Filed by Debtor Dean Gordon Potter (Holmes, Gerald) Modified on 4/4/2007 **ERROR** STREET ADDRESS IS INCORRECT. CORRECTION REQUIRED.(tl, ). (Entered: 04/03/2007) |
| 04/03/2007 | 44 | Certificate of Service *of Katie Ramos on Objection to Claim* (RE: related document(s)42 Notice of Hearing). (Holmes, Gerald) (Entered: 04/03/2007) |
| 04/03/2007 | 45 | Notice Regarding *Entry of Appearance for John Gigounas as co-counsel for Debtor* (RE: related document(s)38 Order Granting Application to Employ Attorney John Gigounas for, Gerald A. Holmes for, James T. Cois for Added to the Case (Related Doc # 10) (tl, )). Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 04/03/2007) |
| 04/03/2007 | 46 | Certificate of Service *of Katie Ramos on Notice of Entry of John Gigounas as co-counsel for Debtor* (RE: related document(s)45 Notice, ). (Holmes, Gerald) (Entered: 04/03/2007) |
| 04/04/2007 | | **ERROR** STREET ADDRESS ON BOTH DOCUMENTS IS INCORRECT. CORRECTION REQUIRED. (RE: related document(s)42 Notice of Hearing,, 43 Objection). (tl, ) (Entered: 04/04/2007) |
| 04/05/2007 | 47 | First Amended Notice of Hearing *to correct address of court* (RE: related document(s)42 Notice of Hearing *on Objection to Claim of Franchise Tax Board* Hearing scheduled for 6/4/2007 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Debtor Dean Gordon Potter (Holmes, Gerald) Modified on 4/4/2007 **ERROR** STREET ADDRESS IS INCORRECT. CORRECTION REQUIRED.(tl, ). Modified on 4/4/2007 (tl, ).). Hearing scheduled for 6/4/2007 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 04/05/2007) |
| 04/05/2007 | 48 | First Amended Objection *to Claim of Franchise Tax Board to correct address of Court* (RE: related document(s)43 Objection). Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 04/05/2007) |
| 04/05/2007 | 49 | Certificate of Service *of Katie Ramos on Amended Notice and Objection to Correct Address of Court* (RE: related document(s)47 Notice of Hearing,, ). (Holmes, Gerald) (Entered: 04/05/2007) |
| 04/09/2007 | 50 | Adversary case 07-04066. 14 (Recovery of money/property - other) Complaint by Dean Gordon Potter against UNITED STATES OF AMERICA for IRS. Fee Amount $250. (Attachments: # 1 Exhibit 1-Claim for Refund# 2 Exhibit 2-Disallowance of Claim# 3 Exhibit 3-Claim for Refund# 4 Exhibit IRS Letter that Claim Already Disallowed# 5 AP Cover Sheet AP Coversheet# 6 Summons to be Issued Summons & Notice of Status Conference) (Holmes, Gerald) (Entered: 04/09/2007) |
| 04/11/2007 | 51 | Notice Regarding *2004 examination and production of documents* (RE: related document(s)30 Ex Parte Motion for 2004 Examination Filed by Attorney IRS (Rohall, Thomas)). Filed by Attorney IRS (Rohall, Thomas) (Entered: 04/11/2007) |
| 04/11/2007 | 52 | Certificate of Service (RE: related document(s)51 Notice). (Rohall, Thomas) (Entered: 04/11/2007) |

| Date | Doc # | Description |
|---|---|---|
| 04/17/2007 | 53 | Adversary case 07-04073. 11 (Recovery of money/property - 542 turnover of property), 14 (Recovery of money/property - other) Complaint by Dean Gordon Potter against Fair Skys Corporation, a California Corporation, and Jacqueline M. Jensen. Fee Amount $250. (Attachments: # 1 Exhibit 1 and 2 to Complaint# 2 AP Cover Sheet # 3 Summons to be Issued and Notice of Status Conference) (Holmes, Gerald) (Entered: 04/17/2007) |
| 04/19/2007 | 54 | Operating Report for Filing Period March 31, 2007 Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 04/19/2007) |
| 04/19/2007 | 55 | Certificate of Service *of Katie L. Ramos of Monthly Operating Reports for Period Ended 3/31/07* (RE: related document(s)54 Operating Report). (Holmes, Gerald) (Entered: 04/19/2007) |
| 05/14/2007 | 56 | Notice of Continued Hearing *on Status Conference* (RE: related document(s)47 First Amended Notice of Hearing *to correct address of court* (RE: related document(s)42 Notice of Hearing *on Objection to Claim of Franchise Tax Board* Hearing scheduled for 6/4/2007 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Debtor Dean Gordon Potter (Holmes, Gerald) Modified on 4/4/2007 **ERROR** STREET ADDRESS IS INCORRECT. CORRECTION REQUIRED.(tl, ). Modified on 4/4/2007 (tl, ).). Hearing scheduled for 6/4/2007 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Debtor Dean Gordon Potter (Holmes, Gerald), 42 Notice of Hearing *on Objection to Claim of Franchise Tax Board* Hearing scheduled for 6/4/2007 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Debtor Dean Gordon Potter (Holmes, Gerald) Modified on 4/4/2007 **ERROR** STREET ADDRESS IS INCORRECT. CORRECTION REQUIRED.(tl, ). Modified on 4/4/2007 (tl, ).). Hearing to be held on 8/23/2007 at 2:00 PM Oakland Room 201 - Tchaikovsky for 42, Hearing to be held on 8/23/2007 at 2:00 PM Oakland Room 201 - Tchaikovsky for 42, Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 05/14/2007) |
| 05/14/2007 | 57 | Notice of Continued Hearing *for Status Conference on Objection to Claim of Franchise Tax Board* (RE: related document(s)56 Notice of Continued Hearing *on Status Conference* (RE: related document(s)47 First Amended Notice of Hearing *to correct address of court* (RE: related document(s)42 Notice of Hearing *on Objection to Claim of Franchise Tax Board* Hearing scheduled for 6/4/2007 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Debtor Dean Gordon Potter (Holmes, Gerald) Modified on 4/4/2007 **ERROR** STREET ADDRESS IS INCORRECT. CORRECTION REQUIRED.(tl, ). Modified on 4/4/2007 (tl, ).). Hearing scheduled for 6/4/2007 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Debtor Dean Gordon Potter (Holmes, Gerald), 42 Notice of Hearing *on Objection to Claim of Franchise Tax Board* Hearing scheduled for 6/4/2007 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Debtor Dean Gordon Potter (Holmes, Gerald) Modified on 4/4/2007 **ERROR** STREET ADDRESS IS INCORRECT. CORRECTION REQUIRED.(tl, ). Modified on 4/4/2007 (tl, ).). Hearing to be held on 8/23/2007 at 2:00 PM Oakland Room 201 - Tchaikovsky for 42, Hearing to be held on 8/23/2007 at 2:00 PM Oakland Room 201 - Tchaikovsky for 42, Filed by Debtor Dean Gordon Potter (Holmes, Gerald), 42 Notice of Hearing *on Objection to Claim of Franchise Tax Board* Hearing scheduled for 6/4/2007 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Debtor Dean Gordon Potter (Holmes, Gerald) Modified on 4/4/2007 **ERROR** STREET ADDRESS IS INCORRECT. CORRECTION REQUIRED.(tl, ). Modified on 4/4/2007 (tl, ).). Hearing to be held on 8/23/2007 at 2:00 PM Oakland Room 201 - Tchaikovsky for 42, Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 05/14/2007) |
| 05/14/2007 | 58 | Certificate of Service *of Katie Ramos on Notice of Continued Hearing on Status Conference and Objection of Claim of Franchise Tax Board at Status Conference* (RE: related document(s)56 Notice of Continued Hearing,,,,, 57 Notice of Continued Hearing,,,,,, ). (Holmes, Gerald) (Entered: 05/14/2007) |
| 05/22/2007 | 59 | Operating Report for Filing Period April 30, 2007 Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 05/22/2007) |
| 05/22/2007 | 60 | Certificate of Service *for Monthly Operating Report for Period Ending 4/30/2007* (RE: related document(s)59 Operating Report). (Holmes, Gerald) (Entered: 05/22/2007) |
| 05/25/2007 | 61 | Notice of Hearing *on Objection to Claim of Franchise Tax Board* Hearing scheduled for 8/23/2007 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 05/25/2007) |
| 05/25/2007 | 62 | Objection *to Claim of Franchise Tax Board* (RE: related document(s)61 Notice of Hearing). Filed by Debtor Dean Gordon Potter (Attachments: # 1 Appendix Tax Claim of Franchise Tax Board) (Holmes, Gerald) (Entered: 05/25/2007) |
| 05/25/2007 | 63 | Certificate of Service *of Katie Ramos on Notice and Objection to Claim of FTB* (RE: related document(s)61 Notice of Hearing). (Holmes, Gerald) (Entered: 05/25/2007) |
| 06/07/2007 | 64 | Document: *Proof of Claim*. Filed by Creditor Franchise Tax Board (Stricklin, Marguerite) (Entered: 06/07/2007) |
| 06/07/2007 | 65 | Certificate of Service *Certificate of Service* (RE: related document(s)64 Document). (Stricklin, Marguerite) (Entered: 06/07/2007) |

| Date | Doc # | Description |
|---|---|---|
| 06/13/2007 | 66 | Notice of Hearing *on Objection of Claim by Franchise Tax Board* (RE: related document(s)61 Notice of Hearing *on Objection to Claim of Franchise Tax Board* Hearing scheduled for 8/23/2007 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Debtor Dean Gordon Potter (Holmes, Gerald)). Hearing scheduled for 8/23/2007 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 06/13/2007) |
| 06/13/2007 | 67 | Objection *to Claim of Franchise Tax Board* (RE: related document(s)66 Notice of Hearing, ). Filed by Debtor Dean Gordon Potter (Attachments: # 1 Appendix Claim of Frranchise Tax Board) (Holmes, Gerald) (Entered: 06/13/2007) |
| 06/13/2007 | 68 | Certificate of Service *of Katie Ramos to Notice of Hearing on Objection to Claim of Franchise Tax Board* (RE: related document(s)67 Objection). (Holmes, Gerald) (Entered: 06/13/2007) |
| 06/15/2007 | 69 | Application to Employ Gordon Weaver, CPA as Accountant for Debtor in Possession Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 06/15/2007) |
| 06/15/2007 | 70 | Declaration of Gordon Weaver in Support of Application to Employ of *Gordon Weaver, CPA as acountant for debtor-in-possession* (RE: related document(s)69 Application to Employ). Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 06/15/2007) |
| 06/15/2007 | 71 | Certificate of Service *of Katie Ramos* (RE: related document(s)69 Application to Employ). (Holmes, Gerald) (Entered: 06/15/2007) |
| 06/19/2007 | 72 | Operating Report for Filing Period period ended May 31, 2007 Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 06/19/2007) |
| 06/19/2007 | 73 | Certificate of Service *of Katie Ramos* (RE: related document(s)72 Operating Report). (Holmes, Gerald) (Entered: 06/19/2007) |
| 06/22/2007 | 74 | Order Granting Application to Employ Gordon Weaver As Accountant. (Related Doc # 69) (tl, ) (Entered: 06/25/2007) |
| 06/27/2007 | 75 | BNC Certificate of Mailing (RE: related document(s)74 Order on Application to Employ). Service Date 06/27/2007. (Admin.) (Entered: 06/27/2007) |
| 06/28/2007 | 76 | Notice of Hearing *on Objection to Claim of Internal Revenue Service* Hearing scheduled for 8/23/2007 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 06/28/2007) |
| 06/28/2007 | 77 | Objection *to Claim of Internal Revenue Service* (RE: related document(s)76 Notice of Hearing). Filed by Debtor Dean Gordon Potter (Attachments: # 1 Appendix 1 Proof of Claim) (Holmes, Gerald) (Entered: 06/28/2007) |
| 06/28/2007 | 78 | Certificate of Service *of Katie Ramos to Notice of Hearing and Objection to Claim* (RE: related document(s)77 Objection). (Holmes, Gerald) (Entered: 06/28/2007) |
| 07/02/2007 | 79 | Response to *Objection To Claim* Filed by Creditor (U.S. Attorneys Ofc) United States of America (Attachments: # 1 Certificate of Service) (Moore, Thomas) (Entered: 07/02/2007) |
| 07/18/2007 | 80 | Interim Application for Compensation *for Compensation of Attorney for John Gigounas and* for Gerald A. Holmes, Attorney, Fee: $36,600.00, Expenses: $2,624.25. Filed by Attorney Gerald A. Holmes (Attachments: # 1 Exhibit 1-to Interim Application for Compensation) (Holmes, Gerald) Modified on 8/10/2007 HAS BEEN AMENDED. DOC TERMINATED (trw, ). (Entered: 07/18/2007) |
| 07/18/2007 | 81 | Declaration of Gerald A. Holmes in in Support of *Application for Compensation for Attorneys* (RE: related document(s)80 Application for Compensation, ). Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 07/18/2007) |
| 07/18/2007 | 82 | Certificate of Service *of Katie Ramos* (RE: related document(s)80 Application for Compensation, ). (Holmes, Gerald) (Entered: 07/18/2007) |
| 07/20/2007 | 83 | Notice of Hearing *on Interim Application for Compensation by Attorneys for Debtor and Attached Certicate of Service* (RE: related document(s)80 Interim Application for Compensation *for Compensation of Attorney for John Gigounas and* for Gerald A. Holmes, Attorney, Fee: $36,600.00, Expenses: $2,624.25. Filed by Attorney Gerald A. Holmes (Attachments: # (1) Exhibit 1-to Interim Application for Compensation) (Holmes, Gerald)). Hearing scheduled for 8/6/2007 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 07/20/2007) |

| Date | Doc # | Description |
|---|---|---|
| 07/20/2007 | 84 | First Amended Notice of Hearing (RE: related document(s)83 Notice of Hearing *on Interim Application for Compensation by Attorneys for Debtor and Attached Certicate of Service* (RE: related document(s)80 Interim Application for Compensation *for Compensation of Attorney for John Gigounas and* for Gerald A. Holmes, Attorney, Fee: $36,600.00, Expenses: $2,624.25. Filed by Attorney Gerald A. Holmes (Attachments: # (1) Exhibit 1-to Interim Application for Compensation) (Holmes, Gerald)). Hearing scheduled for 8/6/2007 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Debtor Dean Gordon Potter (Holmes, Gerald). Hearing scheduled for 8/6/2007 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 07/20/2007) |
| 07/24/2007 | 85 | Operating Report for Filing Period June 2007 Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 07/24/2007) |
| 07/24/2007 | 86 | Certificate of Service *for Monthly Operating Report* (RE: related document(s)85 Operating Report). (Holmes, Gerald) (Entered: 07/24/2007) |
| 07/25/2007 | 87 | Amended Application to Employ Simpson & Gigounas as Attorneys for Debtor in Possession *Amendment to Application* Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 07/25/2007) |
| 07/25/2007 | 88 | Declaration of John Gigounas in support of (RE: related document(s)87 Application to Employ). Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 07/25/2007) |
| 07/25/2007 | 89 | First Amended Declaration of John Gigounas in support of *Amendment to Application to Employ and Correction of Caption of Declaration* (RE: related document(s)87 Application to Employ). Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 07/25/2007) |
| 07/25/2007 | 90 | Certificate of Service *Amendment to Applicationto Employ and Amendment to Declaration of John Gigounas* (RE: related document(s)87 Application to Employ). (Holmes, Gerald) (Entered: 07/25/2007) |
| 08/01/2007 | 91 | Objection to Professional Fees (RE: related document(s)80 Application for Compensation, ). Filed by U.S. Trustee Office of the U.S. Trustee /Oak (Attachments: # 1 Certificate of Service) (Loo, Minnie) (Entered: 08/01/2007) |
| 08/03/2007 | 92 | Response to *Objection of to Interim Application for Compensation* (RE: related document(s)91 Objection to Professional Fees). Filed by Debtor Dean Gordon Potter (Attachments: # 1 Exhibit 1-Response to Objection of Fee Application) (Holmes, Gerald) (Entered: 08/03/2007) |
| 08/03/2007 | 93 | Certificate of Service *of Katie Ramos to Response to Objection to Interim Compensation* (RE: related document(s)92 Response, ). (Holmes, Gerald) (Entered: 08/03/2007) |
| 08/06/2007 | | MINUTES: HEARING HELD ON 8/6/07 AT 2:00 P.M. APPEARING: JOHN GIGOUNAS AND GERALD HOLMES - DEBTOR'S ATTORNEYS, MINNIE LOO - FOR U.S. TRUSTEE. 1) THE NOTICE OF HEARING WAS 1 DAY SHORT, BUT IT WILL BE O.K. 2) THE PROBLES THE APPLICANTS NEED TO ADDRESS ARE: a) THE NOTICE DIDN'T PROVIDE THE AMOUNTS OF FEES REQUESTED. THE APPLICATION DID, BUT THE APPLICATION WAS NOT SERVED ON EVERYBODY. THE AMOUNTS NEED TO BE NOTICED, b) PROJECT BILLING WAS NOT ADEQUATELY DONE, SO IT WASN'T CLEAR. IT NEEDS TO BE RE-DONE. THE APPLICANTS MAY CONSULT MS. LOO. 3) THE COURT WILL PERMIT MR. GIGOUNAS AND MR. HOLMES TO AMEND THE APPLICATION TO CORRECT THE PROBLEMS, SERVE IN ON U.S. TRUSTEE, AND SUBMIT TO COURT. IT WOULD BE LODGED FOR 10 DAYS BEFORE APPROVAL. THE HEARING ON FEE APPLICATION IS CONTINUED TO 8/23/07 AT 2:00 P.M. IN CASE THE FEES ARE NOT APPROVED SOONER. (RE: related document(s)80 Interim Application for Compensation *for Compensation of Attorney for John Gigounas and* for Gerald A. Holmes, Attorney, Fee: $36,600.00, Expenses: $2,624.25. Filed by Attorney Gerald A. Holmes (Attachments: # (1) Exhibit 1-to Interim Application for Compensation) (Holmes, Gerald)). Hearing to be held on 8/23/2007 at 2:00 PM Oakland Room 201 - Tchaikovsky for 80, (hb, ) (Entered: 08/07/2007) |
| 08/09/2007 | 94 | Interim Application for Compensation *First Amended* for Gerald A. Holmes, Attorney, Fee: $36,600.00, Expenses: $2,624.25. Filed by Attorney Gerald A. Holmes (Attachments: # 1 Exhibit 1 through 9 of Amended Application for Compensation) (Holmes, Gerald) Modified on 8/10/2007 COURT CREATED DOCKET LINK TO DOC #80 (trw, ). (Entered: 08/09/2007) |
| 08/09/2007 | 95 | Notice of Hearing *and Certificate of Service on Amended Interim Application for Compensation of Attorneys* (RE: related document(s)94 Interim Application for Compensation *First Amended* for Gerald A. Holmes, Attorney, Fee: $36,600.00, Expenses: $2,624.25. Filed by Attorney Gerald A. Holmes (Attachments: # (1) Exhibit 1 through 9 of Amended Application for Compensation) (Holmes, Gerald)). Hearing scheduled for 8/23/2007 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 08/09/2007) |
| 08/20/2007 | 96 | Operating Report for Filing Period July 31, 2007 Filed by Debtor Dean Gordon Potter (Holmes, Gerald) (Entered: 08/20/2007) |

| | | |
|---|---|---|
| 08/20/2007 | 97 | Certificate of Service *of Katie Ramos of Monthly Operating Report* (RE: related document(s)96 Operating Report). (Holmes, Gerald) (Entered: 08/20/2007) |
| 08/22/2007 | 98 | Answer to Complaint Filed by IRS. (Rohall, Thomas) Modified on 8/23/2007 **ERROR**DOCUMENT FILED ON WRONG CASE NUMBER.(tl, ). (Entered: 08/22/2007) |
| 08/22/2007 | 99 | Certificate of Service (RE: related document(s)98 Answer to Complaint). Filed by Attorney IRS (Rohall, Thomas) (Entered: 08/22/2007) |
| 08/22/2007 | | Receipt of Relief from Stay Filing Fee. Amount 150.00 from One Legal. Receipt Number 40060966. (am) (Entered: 08/22/2007) |
| 08/22/2007 | 100 | Motion for Relief from Stay RS #JHD-456, Fee Amount $150, Filed by Creditors Jennifer Kessler , Mark Kessler (Attachments: # 1 Declaration # 2 RS Cover Sheet) (tl, ) Modified on 8/24/2007 NO NOTICE OF HEARING FILED AND LINKED BACK TO MOTION. (am, ). (Entered: 08/23/2007) |
| 08/22/2007 | 101 | Certificate of Service (RE: related document(s)100 Motion for Relief From Stay). Filed by Creditors Jennifer Kessler , Mark Kessler (tl, ) (Entered: 08/23/2007) |
| 08/23/2007 | | **ERROR** DOCUMENT FILED ON WRONG CASE NUMBER. CORRECTION REQUIRED.(RE: related document(s)98 Answer to Complaint). (tl, ) (Entered: 08/23/2007) |
| 08/23/2007 | | MINUTES: HEARING HELD ON 8/23/07 AT 2:00 P.M. APPEARING: JOHN GIGOUNAS AND GERALD HOLMES - FOR DEBTOR, MARGUERITE STRICKLING - FOR FRANCHISE TAX BOARD, THOMAS ROHALL AND THOMAS MOORE - FOR USA/IRS, MARC FORSYTHE - FOR FAIR SKYS CORP. & JACQUELING JENSEN. 1) main case: FRANCHISE TAX BOARD IS WAITING FOR THE ADVERSARY CASE AGAINST I.R.S. (07-4066 AT) TO BE CONCLUDED. HEARING ON DEBTOR'S OBJECTION TO CLAIM OF FRANCHISE TAX BOARD AND CLAIM OF I.R.S. AND THE CHAPTER 11 STATUS CONFERENCE IS CONTINUED TO 1/17/08 AT 2:00 P.M. 2) adversary case 07-4066 AT: I.R.S. INTENDS TO FILE A MOTION TO WITHDRAW REFERENCE AND TRANSFER VENUE IN THE ADVERSARY CASE, BUT PARTIES SHOULD BE WORKING ON DISCOVERY UNTIL THE DISTRICT COURT RULES ON THE MOTION. STATUS CONFERENCE CONTINUED TO 1/17/08 AT 2:00 P.M. 3) adversary 07-4073 AT: MR. FORSYTHE STATES THE DEFENDANTS INTEND TO FILE A MOTION FOR LEAVE TO FILE A CROSS-COMPLAINT TO BRING THE I.R.S. IN. MR. GIGOUNAS STATES HE WOULD CONSIDER STIPULATING TO IT. 4) main case: THERE ARE STILL PROBLEMS WITH THE AMENDED FEE APPLICATION BY DEBTOR'S ATTORNEYS: a. LACK OF A DECLARATION ATTESTING TO THE TRUTH OF THE FACTUAL MATTERS IN THE APPLICATION, b. THE TASKS IN TIME SHEETS ARE CLUMPED, c. BILLING FOR ATTORNEY WHO GAVE THEM ASSISTANCE AS EXPENSE IS NOT APPROPRIATE; IF HE IS AN ATTORNEY WORKING ON THE CASE, RULES APPLY AS TO DISCLOSING CONNECTIONS, AND TIME, HOURLY RATE, DISCLOSIGN WHAT HE DID, ETC., AND IF PART OF THE AMONT PAID IS FOR COSTS, THE COURT NEEDS TO KNOW WHAT THE COST IS. d. TWO PROJECTS BILLINGS DON'T HAVE BACK-UPS: THE LITIGATION PROJECT AND THE FEE APPLICATION TIME. APPLICANTS TO ADDRESS THESE PROBLEMS AND TO FILED AN AMENDED FEE APPLICATION ELECTRONICALLY, BUT TO SUBMIT THE PROPOSED FORM OF ORDER WITH THE AMOUNTS LEFT BLANK THROUGH CHAMBERS, AND THE COURT WOULD FILL OUT THE AMOUNTS. ONLY U.S. TRUSTEE NEEDS TO BE SERVED WITH THE AMENDED FEE APPLICATION. (RE: related document(s)94 Interim Application for Compensation *First Amended* for Gerald A. Holmes, Attorney, Fee: $36,600.00, Expenses: $2,624.25. Filed by Attorney Gerald A. Holmes (Attachments: # (1) Exhibit 1 through 9 of Amended Application for Compensation) (Holmes, Gerald) Modified on 8/10/2007 COURT CREATED DOCKET LINK TO DOC #80 (trw, )., 80 Interim Application for Compensation *for Compensation of Attorney for John Gigounas and* for Gerald A. Holmes, Attorney, Fee: $36,600.00, Expenses: $2,624.25. Filed by Attorney Gerald A. Holmes (Attachments: # (1) Exhibit 1-to Interim Application for Compensation) (Holmes, Gerald) Modified on 8/10/2007 HAS BEEN AMENDED. DOC TERMINATED (trw, )., 77 Objection *to Claim of Internal Revenue Service* (RE: related document(s)76 Notice of Hearing). Filed by Debtor Dean Gordon Potter (Attachments: # (1) Appendix 1 Proof of Claim) (Holmes, Gerald), 62 Objection *to Claim of Franchise Tax Board* (RE: related document(s)61 Notice of Hearing). Filed by Debtor Dean Gordon Potter (Attachments: # (1) Appendix Tax Claim of Franchise Tax Board) (Holmes, Gerald), 28 Notice of Status Conference to be held on 3/14/2007 at 02:00 PM at Oakland Room 201 - Tchaikovsky. (jaw, ), 61 Notice of Hearing *on Objection to Claim of Franchise Tax Board* Hearing scheduled for 8/23/2007 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Debtor Dean Gordon Potter (Holmes, Gerald), 76 Notice of Hearing *on Objection to Claim of Internal Revenue Service* Hearing scheduled for 8/23/2007 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Debtor Dean Gordon Potter (Holmes, Gerald)). Hearing to be held on 1/17/2008 at 2:00 PM Oakland Room 201 - Tchaikovsky for 61, Hearing to be held on 1/17/2008 at 2:00 PM Oakland Room 201 - Tchaikovsky for 76, Status Conference to be held on 1/17/2008 at 2:00 PM Oakland Room 201 - Tchaikovsky for 28, (hb, ) (Entered: 08/23/2007) |
| 08/24/2007 | | **ERROR**NO NOTICE OF HEARING FILED AND LINKED BACK TO MOTION. CORRECTION REQURIED (RE: related document(s)100 Motion for Relief from Stay RS #JHD-456, Fee Amount $150,). (am, ) (Entered: 08/24/2007) |

| | | |
|---|---|---|
| 08/28/2007 | 102 | Second Amended Application for Compensation for Gerald A. Holmes, Debtor's Attorney, Fee: $36,600.00, Expenses: $1,704.25. Filed by Attorney Gerald A. Holmes (Attachments: # 1 Exhibit 1 to 23 to Application for Compensation# 2 Declaration 2nd Amended Declartion of Gerald A. Holmes# 3 Declaration Declaration of John Gigounas in Support) (Holmes, Gerald) (Entered: 08/28/2007) |
| 08/28/2007 | 103 | Certificate of Service *of Katie Ramos* (RE: related document(s)102 Application for Compensation, ). (Holmes, Gerald) (Entered: 08/28/2007) |
| 08/30/2007 | 104 | Order Granting Application For Compensation (Related Doc # 102). fees awarded: $36000.00, expenses awarded: $1704.25 for Gerald A. Holmes (tl, ) (Entered: 08/31/2007) |
| 09/02/2007 | 105 | BNC Certificate of Mailing (RE: related document(s)104 Order on Application for Compensation). Service Date 09/02/2007. (Admin.) (Entered: 09/02/2007) |
| 09/07/2007 | 106 | Motion for Withdrawal of Reference Fee Waived. Filed by Attorney IRS (Rohall, Thomas) (Entered: 09/07/2007) |
| 09/07/2007 | 107 | Memorandum of Points and Authorities in Support of (RE: related document(s)106 Motion for Withdrawal of Reference). Filed by Attorney IRS (Rohall, Thomas) (Entered: 09/07/2007) |
| 09/07/2007 | 108 | Certificate of Service (RE: related document(s)106 Motion for Withdrawal of Reference). (Rohall, Thomas) (Entered: 09/07/2007) |
| 09/14/2007 | 109 | MINUTES: HEARING HELD ON 9/14/07 AT 11:00 A.M. APPEARING: JAMES DUNCAN - FOR MARK & JENNIFER KESSLER, JOHN GIGOUNAS - FOR DEBTOR. MR. GIGOUNAS HAS NO OPPOSITION EXCEPT TO COSTS. MR. DUNCAN WITHDRAWS THE COSTS. MOTION GRANTED WITHOUT THE COSTS. THE MOVING PARTY TO SUBMIT THE FORM OF ORDER. (RE: related document(s)100 Motion for Relief from Stay RS #JHD-456, Fee Amount $150, Filed by Creditors Jennifer Kessler , Mark Kessler (Attachments: # (1) Declaration # (2) RS Cover Sheet) (tl, ) Modified on 8/24/2007 NO NOTICE OF HEARING FILED AND LINKED BACK TO MOTION. (am, ).). (hb, ) (Entered: 09/14/2007) |
| 09/18/2007 | 110 | Document: Transmittal To District Court. (RE: related document(s)107 Memo of Points & Authorities, 106 Motion for Withdrawal of Reference, 108 Certificate of Service). (tl, ) (Entered: 09/18/2007) |