SCOTT N. SCHOOLS, S. Carolina Bar No. 9990
United States Attorney

THOMAS MOORE (ASB 4305-078T)
Assistant United States Attorney
Acting Chief, Tax Division
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Tel. No. (415) 436-6935

THOMAS M. ROHALL, Wash. St. Bar No. 12201
Special Assistant United States Attorney
4330 Watt Ave., Suite 470
Stop No. SA 2801
Sacramento, CA 95821-7012
Tel. No. (916) 974-5700
Fax No. (916) 974-5732

Attorneys for United States of America

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:                                                    ) Case No.: 06-42425-LT-11
                                                          ) CHAPTER 11
DEAN GORDON POTTER,                                       )
                                                          ) **CERTIFICATE OF SERVICE**
        Debtor.                                           )
                                                          ) Hearing Date: None yet set
                                                          ) Hearing Time:
                                                          )

I, Regina N. Welch, declare:

I am a citizen of the United States, over 18 years of age, employed in the County of Sacramento, and not a party to the within action; my business address is 4330 Watt Avenue, Suite 470, SA2801, Sacramento, CA 95821; that on September 7, 2007, I deposited in the United States mail, in an envelope bearing the requisite postage, a copy of the **MOTION TO WITHDRAW REFERENCE AND TO TRANSFER VENUE AND POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW REFERENCE AND TO TRANSFER VENUE** addressed to the following: (1). United

1  States Trustee, 235 Pine Street, Suite 700, San Francisco, CA 94104; and (2). John Gigounas & Gerald
2  A. Holmes, SIMPSON & GIGOUNAS, 100 Pine Street, Suite 750, San Francisco, CA 94111 (3)
3  Marguerite C. Stricklin, Deputy Attorney General, State of California, 1515 Clay Street, 20th Floor,
4  Oakland, CA 94612-1413 at their last known addresses at which place there is service by United States
5  mail.
6      This Certificate is executed on September 7, 2007, at Sacramento, California.
7      I certify under penalty of perjury that the foregoing is true and correct.

                                      **/S/ Regina N. Welch**
                                      Regina N. Welch

Certificate of Service           -2-