John Gigounas  SBN (42822)
Gerald A. Holmes SBN (59515)
100 Pine Street, Suite 750
San Francisco, CA 94111
Telephone: (415) 391-4900
Facsimile: (415) 296-7894
john@gigounaslaw.com

Attorneys for Debtor/Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| In Re DEAN GORDON POTTER,<br><br>        Debtor. | Case No.: 4-07-CV-074826 CW<br>Bk. Case No. 06-42425-LT-11<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I, Katie Ramos, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen and not a party to nor interested in the within action. My business address is 100 Pine Street, Suite 750, San Francisco, California 94111. On September 26, 2007, I served a true and correct copy of the within:

**OPPOSITION TO THE UNITED STATES OF AMERICA'S MOTION TO WITHDRAW REFERENCE AND TO TRANSFER VENUE**

via U.S. Mail to the addressee as follows:

Law Offices of
Simpson & Gigounas
100 Pine Street #750
San Francisco, CA 94111
(415) 391-4900

CERTIFICATE OF SERVICE

1

1  United States Attorney
   (Internal Revenue Service)
2  Attn: Thomas Moore
3  9th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
4  San Francisco, CA 94102

5  Office of Chief Counsel (SBSE)
   Attn: Thomas M. Rohall
6  4330 Watt Ave., Suite 470
7  Stop No. SA 2801
   Sacramento, CA 95821-7012

8

9  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
10

11          I declare under penalty of perjury under the laws of the State of California that the

12  foregoing is true and correct.

13          Executed at San Francisco, California, this 26th day of September 2007.

14

15

16                                          /s/ Katie Ramos
                                            Katie Ramos
17

18

19

20

21

22

23

24

25

26

27

28

*Law Offices of
Simpson & Gigounas
100 Pine Street #750
San Francisco, CA 94111
(415) 391-4900*

2

**NOTICE OF CHANGE OF STATUS CONFERENCE**