IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>DEAN GORDON POTTER,<br>        Debtor.<br>_____/ | No. C 07-04826 CW<br>(Bk. No. 06-42423-LT-11)<br>ORDER TAKING MOTION UNDER SUBMISSION AND REFERRING MOTION TO BANKRUPTCY JUDGE FOR RECOMMENDATION |

    On September 20, 2007, the United States filed a Motion to Withdraw Reference and to Transfer Venue in the above-captioned case. On September 26, 2007, Dean Gordon Potter, Debtor, filed an opposition to the motion. Any reply by the United States will be due October 11, 2007; thereafter, the matter will be submitted on the papers and no hearing will be held unless ordered by the Court. The Court hereby refers the motion to Bankruptcy Judge Leslie Tchaikovsky for a recommendation on the motion.

    IT IS SO ORDERED.

Dated: 10/2/07

                      CLAUDIA WILKEN
                      UNITED STATES DISTRICT JUDGE

cc: Judge Tchaikovsky w/mo.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DEAN GORDON POTTER et al,

Case Number: CV07-04826 CW

_____/ **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 2, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Bankruptcy Manager
U.S. Bankruptcy Court
1300 Clay Street
Suite 300
Oakland, CA 94612

Leslie Tchaikovsky
U.S. Bankruptcy Court Judge
U.S. Bankrupty Court
Northern District of California
1300 Clay St. #300
P.O. Box 2070
Oakland, CA 94604

Dated: October 2, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk