UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DEAN GORDON POTTER et al,

Case Number: CV07-04826 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 2, 2007, I SERVED a true and correct copy(ies) of the Order Taking Motion Under Submission and Referring Motion to Bankruptcy Judge for Recommendation, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gerald A. Holmes
Law Offices of Simpson and Gigounas
100 Pine St. #750
San Francisco, CA 94111

James T. Cois
Law Offices of James T. Cois
P.O. Box 2705
San Francisco, CA 94126-2705

Thomas Moore
U.S. Attorney's Office
450 Golden Gate Avenue, 10th Floor
Box 36055
San Francisco, CA 94102

Thomas M. Rohall
Attorney at Law
4330 Watt Ave. Ste 470
SA-2801
Sacramento, CA 95821-7012

Dated: October 2, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk