John Gigounas (42822)
Gerald A. Holmes (59515)
100 Pine Street, Suite 750
San Francisco, CA 94111
Telephone (415) 391-4900
Facsimile (415) 296-7894
holmesauthor@mindspring.com

Attorneys for Debtor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| In re:<br><br>Dean Gordon Potter,<br><br>    Debtor. | Case No.: C 07-CV-04826 CW<br><br>Bk. Case No. 06-42425-LT-11<br><br>DEAN GORDON POTTER'S OBJECTION TO THE BANKRUPTCY JUDGE'S RECOMMENDATION THAT THE CASE BE TRANSFERRED TO THE EASTERN DISTRICT<br><br>**DATE:** None set<br>**TIME:** |

    Dean Gordon Potter, Debtor, (Potter) by and through his undersigned attorneys, files this Objection to the Bankruptcy Judge's Recommendation that the case and objection to claim be transferred to the Eastern District.

    The basis of Judge Leslie Tchaikovsky's recommendation dated October 28, 2007, was judicial economy and the fact that UNICO filed its refund suit in the Eastern District. Judicial economy could just as well be served by transferring the UNICO case to the Northern District.

    As stated in Potter's opposition to the transfer, the UNICO case has only one issue, *i.e.* whether withholding taxes are due when no salary deductions were allowed by the government.

    In any event, if the cases are to be consolidated, the Northern District is the appropriate district. The main case is the one involving Dean Gordon Potter who is a resident in the

Law Offices of
Simpson & Gigounas
100 Pine Street #750
San Francisco, CA
94111
(415) 391-4900

OBJECTION TO THE BANKRUPTCY JUDGE'S RECOMMENDATION

1

Northern District. No anticipated witness is located in the Eastern District. The principal witnesses are located in Southern California and Barbados.

    The interest of justice dictates that the Potter case and objection to claims remain in the Northern District and that if the UNICO case should be consolidated, it should be transferred to the Northern District.

    The undersigned counsel would appreciate the opportunity to present and argue the transfer of venue issue if the Court would find it helpful.

Respectfully submitted,

Dated: November 2, 2007        /s/ John Gigounas
                                            John Gigounas

Law Offices of
Simpson & Gigounas
100 Pine Street #750
San Francisco, CA
94111
(415) 391-4900

OBJECTION TO THE BANKRUPTCY JUDGE'S RECOMMENDATION

2