John Gigounas  SBN (42822)
Gerald A. Holmes SBN (59515)
100 Pine Street, Suite 750
San Francisco, CA 94111
Telephone: (415) 391-4900
Facsimile: (415) 296-7894
john@gigounaslaw.com

Attorneys for Debtor/Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| In Re DEAN GORDON POTTER,<br><br>Debtor. | Case No.: C 07-CV-04826 CW<br><br>Bk. Case No. 06-42425-LT-11<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I, Katie L. Ramos, declare:

I am employed in the City and County of San Francisco, State of California.  I am over the age of eighteen and not a party to nor interested in the within action.  My business address is 100 Pine Street, Suite 750, San Francisco, California 94111.  On November 2, 2007, I served a true and correct copy of the within:

**DEAN GORDON POTTER'S OBJECTION TO THE BANKRUPTCY JUDGE'S RECOMMENDATION THAT THE CASE BE TRANSFERRED TO THE EASTERN DISTRICT**

via U.S. Mail to the addressee as follows:

Law Offices of
Simpson & Gigounas
100 Pine Street #750
San Francisco, CA
94111
(415) 391-4900

CERTIFICATE OF SERVICE

1

United States Attorney
(Internal Revenue Service)
Attn:  Thomas Moore
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

Office of Chief Counsel (SBSE)
Attn: Thomas M. Rohall
4330 Watt Ave., Suite 470
Stop No. SA 2801
Sacramento, CA 95821-7012

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

      Executed at San Francisco, California, this 2nd day of November 2007.

                      /s/ Katie L. Ramos
                      Katie L. Ramos

*Law Offices of*
*Simpson & Gigounas*
*100 Pine Street #750*
*San Francisco, CA 94111*
(415) 391-4900

**NOTICE OF CHANGE OF STATUS CONFERENCE**