SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
THOMAS MOORE (ASB 4305-078T)
Assistant United States Attorney
Chief, Tax Division
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Tel. (415) 436-6935
Fax: (415) 436-6748

THOMAS M. ROHALL, (WSBN 12201)
Special Assistant United States Attorney
4330 Watt Ave., Suite 470
Stop No. SA 2801
Sacramento, CA 95821-7012
Tel. No. (916) 974-5700
Fax No. (916) 974-5732

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>DEAN GORDON POTTER,<br><br>Debtor. | Case No.: 4:07-04826-CW<br>Bankruptcy No. 06-42425-LT-11<br>CHAPTER 11<br><br>**UNITED STATES REPLY TO DEBTOR'S OBJECTION TO THE BANKRUPTCY COURT'S RECOMMENDATION** |

The United States of America, on behalf of its agency, the Internal Revenue Service, by and through its undersigned attorneys, hereby replies to the Debtor's Objection to the Bankruptcy Court's Recommendation. The United States in its Motion and Memorandum of Points and Authorities adequately discussed both the Unico and the Potter cases. The United States also adequately discussed the reasons for the Withdraw of the Reference and the subsequent transfer of the Potter federal tax disputes to the Eastern District of California. Debtor's Objection to the Bankruptcy Court's recommendation does not raise any new matter that would require a further response.

WHEREFORE, the United States prays that the Motion be granted.

SCOTT N. SCHOOLS
United States Attorney

/s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division

U.S. Reply To Debtor's obj. To Bankr. Ct's
Recommendation (No. 07-04826-CW) 2

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**UNITED STATES REPLY TO DEBTOR'S OBJECTION TO THE BANKRUPTCY COURT'S RECOMMENDATION**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____ **FACSIMILE (FAX)** No.: ________________

to the parties addressed as follows:

**PLEASE SEE ATTACHED**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **November 13, 2007** at San Francisco, California.

/s/ Kathy Tat
**KATHY TAT**
**Legal Assistant**

SERVICE LIST

John Gigounas, Esq.
SIMPSON & GIGOUNAS
100 Pine Street, Suite 750
San Francisco, CA 94111

James T. Cois
Law Offices of James T. Cois
P.O. Box 2705
San Francisco, CA 94126-2705

Bank of America
P.O. Box 60069
City of Industry, CA 91716-0069

Franchise Tax Board
Special Procedures
P.O. Box 2952
Sacramento, CA 95812-2952

Kay Beeson
14000 Eel River road
Potter Valley, CA 94569

World Savings
3157 Danville Blvd.
Alamo, CA 94507-1539

Office of the U.S. Trustee
1301 Clay St., Ste. 690N
Oakland, CA 94612-5202