IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:

DEAN GORDON POTTER,

    Debtor.
_____/

No. C 07-4826 CW

(Bk. No. 06-42423 LT-11)

ORDER WITHDRAWING REFERENCE AND DENYING WITHOUT PREJUDICE MOTION TO TRANSFER VENUE

    The United States, on behalf of its agency, the Internal Revenue Service (IRS), moves for withdrawal of this Court's reference, to the United States Bankruptcy Court for the Northern District of California, of Adversary Proceeding No. 07-4066 AT (AP) and Debtor's Objection to the IRS claim (Debtor's Objection to Claim), two matters in the bankruptcy case entitled <u>In re Dean Gordon Potter</u>, No. 06-42423 LT-11.  The Court has reviewed Bankruptcy Judge Leslie Tchaikovsky's Report and Recommendation Re: Motion to Withdraw the Reference of Jurisdiction, as well as Debtor's objection to the report.  The Report describes the facts

and proceedings regarding the matters at issue.  The Court agrees with the Bankruptcy Judge's view that the United States' motion to withdraw the reference is timely.  The Court finds that permissive withdrawal of the reference is appropriate, so that the AP and Debtor's Objection to Claim can be decided in the same court that decides <u>Unico Services Inc. v. United States</u>, case no. 2:07-CV-01009-MCE-KJM (E.D. Cal.) which is currently pending in the Eastern District of California.  The motion to withdraw the reference is GRANTED.  The United States' motion to transfer the AP and the Objection to Claim to the district court for the Eastern District of California is DENIED WITHOUT PREJUDICE.

    This Court does not wish to burden the Eastern District Court with a case which was first filed in this district, unless that court wishes to retain the case.  In his objection, Debtor argues that, if the AP and Debtor's Objection to Claim are to be consolidated with the UNICO suit pending in the Eastern District of California, the Eastern District case should be transferred here.  However, this Court lacks jurisdiction over the case that is pending in the Eastern District; therefore it has no authority to transfer it here.  The United States indicates that if this Court withdraws the reference but does not transfer the case to the Eastern District, it will move the Eastern District Court to transfer its case here.  The United States shall do so promptly.  Apparently, UNICO would not oppose such a motion.  If the case is transferred to this district, a notice of related cases should be filed and this Court will relate the cases.  If the Eastern District Court declines to transfer its case to this district, the

1  United States shall renew its motion to transfer the AP and
2  Debtor's Objection to Claim, and the Court will grant the transfer
3  to the Eastern District.

    IT IS SO ORDERED.

         12/18/07
Dated:  _____          _____
                                        CLAUDIA WILKEN
                                        UNITED STATES DISTRICT JUDGE

3

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DEAN GORDON POTTER et al,

    Plaintiff,

v.

DEAN GORDON POTTER et al,

    Defendant.

Case Number: CV07-04826 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 18, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Bankruptcy Manager
U.S. Bankruptcy Court
1300 Clay Street
Suite 300
Oakland, CA 94612

Leslie Tchaikovsky
U.S. Bankruptcy Court Judge
U.S. Bankrupty Court
Northern District of California
1300 Clay St. #300
P.O. Box 2070
Oakland, CA 94604

Minnie Loo
US Dept of Justice, Office of US Trustee
1301 Clay Street
Suite 690N
Oakland, CA 94612-5217

Dated: December 18, 2007

    Richard W. Wieking, Clerk
    By: Sheilah Cahill, Deputy Clerk

4