1  JOSEPH P. RUSSONIELLO (CSBN. 44332)
   United States Attorney
2
   THOMAS MOORE (ASBN 4305-078T)
3  Assistant United States Attorney
   Chief, Tax Division
4  9th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
5  San Francisco, CA 94102
   Tel. No. (415) 436-7017
6
   G. PATRICK JENNINGS
7  ADAIR F. BOROUGHS
   Trial Attorneys, Tax Division
8  U.S. Department of Justice
   P.O. Box 683, Ben Franklin Station
9  Washington, D.C. 20044-0683
   Telephone:    (202) 307-6648
10 Facsimile:    (202) 307-0054

11 THOMAS M. ROHALL, (WSBN 12201)
   Special Assistant United States Attorney
12 4330 Watt Ave., Suite 470
   Stop No. SA 2801
13 Sacramento, CA 95821-7012
   Tel. No. (916) 974-5700
14 Fax No. (916) 974-5732

15 Attorneys for United States of America

16                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
17                      OAKLAND DIVISION

18 In re:                           ) Case No.: CV-07-04826-CW
   DEAN GORDON POTTER,              ) Bankruptcy No. 06-42425-LT-11
19         Debtor.                  ) CHAPTER 11
                                    )
20                                  ) **UNITED STATES OF AMERICA'S**
                                    ) **NOTICE OF RELATED CASE**
21                                  )
                                    ) Hearing Date: None set
22                                  ) Hearing Time:
                                    )
23 _____

24      The United States of America, on behalf of its agency, the Internal Revenue Service, by and

25 through its undersigned attorneys, hereby notifies the Court and the parties, pursuant to Civil Local Rule

26 3-13 and pursuant to this Court's Order Withdrawing Reference and Denying Without Prejudice Motion

27 to Transfer Venue entered on December 18, 2007 (document number 9) of a related case transferred in

28 from the Eastern District of California.

United States Notice of Related Case                                                               -1-

1    IN SUPPORT OF SUCH NOTICE, the United States shows unto the Court:

2    (1). The related case has the caption of *Unico Services, Inc. v. United States of America*, case no 3:08-CV-00800-SC and was filed on February 4, 2008.

4    (2). The *Unico* case and the *Potter* federal tax dispute arise from the same set of transactions. Potter and Unico were involved in an offshore employee leasing tax avoidance scheme described in IRS Notice 2003-22, 2003-18 I.R.B. 851, 1 C.B. 851 (IRB 2003). The Service refers to this transaction as OEL (Offshore Employee Leasing).

8    (3). The District Court for the Eastern District of California, the Honorable Morrison C. England, Jr. Presiding, granted the United States Motion to Transfer Venue holding that "the interest of justice will be better served if this case and the Potter Federal Tax Disputes are resolved in one forum."

11    (4). Pursuant to Civil Local Rule 3-13(c) any party, no later than 10 days after service of this notice, can file with the Court a statement supporting or opposing the notice.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated:  February 6, 2008            /S/   THOMAS MOORE
                                    Assistant United States Attorney