1  John Gigounas SBN (42822)
2  Gerald A. Holmes SBN (59515)
   100 Pine Street, Suite 750
3  San Francisco, CA 94111
   Telephone: (415) 391-4900
4  Facsimile: (415) 296-7894
   john@gigounaslaw.com
5
   Attorneys for Debtor
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  IN RE                                  )
                                           )
12  DEAN GORDON POTTER,                    )   Case No. C 07-04826 CW
                                           )
13       Debtor                            )
                                           )
14  _____    )
                                           )
15  UNICO SERVICES INC.,                   )
                                           )   Case No.: C 08-00800 CW
16       Plantiff and Counterdefendant,    )
                                           )   **CERTIFICATION OF INTERESTED**
17       v.                                )   **ENTITIES OR PERSONS [LOCAL**
                                           )   **RULE 3-16]**
18  UNITED STATES OF AMERICA,              )
                                           )
19       Defendant and Counterclaimant.    )
                                           )
20

21       Dean Gordon Potter and UNICO Services Inc., pursuant to Local Rule 3-16, certifiy that

22  they know of no entity or person which has any financial interest (of any kind) in the subject

23  matter in controversy or in a party to the proceeding or any other kind of interest that could be

24  substantially affected by the outcome of the proceeding other than the named parties to this

25  action.

26  Dated: February 14, 2008                       /s/ John Gigounas
                                                   John Gigounas
27                                                 Counsel for UNICO Services Inc.

28

*Law Offices of*
*Simpson & Gigounas*                         1
*100 Pine Street #750*
*San Francisco, CA 94111*  **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
   (415) 391-4900