1  John Gigounas SBN (42822)
   Gerald A. Holmes SBN (59515)
2  100 Pine Street, Suite 750
   San Francisco, CA 94111
3  Telephone: (415) 391-4900
4  Facsimile: (415) 296-7894
   john@gigounaslaw.com
5
   Attorneys for Debtor
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  IN RE                              )
                                       )
12  DEAN GORDON POTTER,                )   Case No. C 07-04826 CW
                                       )
13      Debtor                         )
                                       )
14  ─────────────────────────────      )
                                       )
15  UNICO SERVICES INC.,               )
                                       )   Case No.: C 08-00800 CW
16      Plantiff and Counterdefendant, )
                                       )   **CERTIFICATE OF SERVICE**
17          v.                         )
                                       )
18  UNITED STATES OF AMERICA,          )
                                       )
19      Defendant and Counterclaimant. )
                                       )
20

21              **CERTIFICATE OF SERVICE**

22      I, Katie Ramos, declare:

23      I am employed in the City and County of San Francisco, State of California. I am over
    the age of eighteen and not a party to nor interested in the within action. My business address is
24  100 Pine Street, Suite 750, San Francisco, California 94111. On February 14, 2008, I served a
    true and correct copy of the within:
25

26  **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [LOCAL RULE 3-16]**

27

28

1

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

1 | via U.S. Mail to the addressee as follows:

2 | Thomas Moore, Esq.
Assistant United States Attorney
3 | Chief, Tax Division
9th Floor Federal Building
4 | 450 Glden Gate Avenue, Box 36055
5 | San Francisco, CA 94102

6 | Thomas M. Rohall, Esq.
Special Assistant U.S. Attorney
7 | 4330 Watt Ave., Suite 470
Stop No. SA 2801
8 | Sacramento, CA 95821-7012

9 |
G. Patrick Jennings, Esq.
10 | Adair F. Boroughs, Esq.
Trial Attorney, Tax Division
11 | U.S. Department of Justice
PO Box 683, Ben Franklin Station
12 | Washington, D.C. 20044-0683

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California, this 14th day of February 2008.

/s/ Katie L. Ramos
Katie L. Ramos

*Law Offices of*
*Simpson & Gigounas*
*100 Pine Street #750*
*San Francisco, CA 94111*
(415) 391-4900

2

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**