1  JOSEPH P. RUSSONIELLO (Cal Bar. 44332)
   United States Attorney
2
   THOMAS MOORE (ASB 4305-078T)
3  Assistant U.S. Attorney
   Chief, Tax Division
4
   G. PATRICK JENNINGS
5  ADAIR F. BOROUGHS
   Trial Attorneys, Tax Division
6  U.S. Department of Justice
   P.O. Box 683, Ben Franklin Station
7  Washington, D.C. 20044-0683
   Telephone:    (202) 307-6648
8                (202) 305-7546
   Facsimile:    (202) 307-0054
9  E-mail:       guy.p.jennings@usdoj.gov
                 adair.f.boroughs@usdoj.gov
10
   THOMAS M. ROHALL (Wash. St. Bar No. 12201)
11 Special Trial Counsel, Tax Division
   U.S. Department of Justice
12 4330 Watt Ave., Suite 470
   Stop No. SA 2801
13 Sacramento, CA 95821-7012
   Tel No. (916) 974-5700
14 Fax No. (916) 974-5732

15 Attorneys for United States of America

16
17                    IN THE UNITED STATES DISTRICT COURT
18                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
19                              OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. C-07-4826-CW |
| DEAN GORDON POTTER, | |
| Debtor. | |
| UNICO SERVICES INC., | Case No. C-08-00800-CW |
| Plaintiff, | |
| vs | **ORDER CONSOLIDATING CASES** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Upon the stipulation of the parties, and for good cause shown,

IT IS ORDERED THAT pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *In re: Dean Gordon Potter*, Case No. C-07-4826-CW, and *Unico Services, Inc., v. United States*, Case No. C-08-00800-CW, are hereby consolidated for all proceedings before this Court, including but not limited to discovery, pre-trial, trial, post-trial, and appeal.

IT IS FURTHER ORDERED THAT all new filings for these consolidated cases be made in the lead case *In re: Dean Gordon Potter*, Case No. C-07-4826-CW.

DATED this ____ day of _____, 2008.

_____
Claudia Wilken,
United States District Judge

Agreed.

Dated: February 20, 2008     By: /s/ G. Patrick Jennings
                             G. PATRICK JENNINGS
                             Trial Attorneys, Tax Division
                             United States Department of Justice
                             P.O. Box 683, Ben Franklin Station
                             Washington, D.C. 20044-0683
                             (202) 307-6648

                             Attorneys for the United States

Dated: February 19, 2008      /s/ John Gigounas
                             JOHN GIGOUNAS
                             Law Offices of John Gigounas
                             100 Pine Street, Suite 750
                             San Francisco, CA 94111-5207
                             (415) 391-4900

                             Attorneys for Debtor and Unico