1   JOSEPH P. RUSSONIELLO (Cal Bar. 44332)
    United States Attorney
2
    THOMAS MOORE (ASB 4305-078T)
3   Assistant U.S. Attorney
    Chief, Tax Division
4
    G. PATRICK JENNINGS
5   ADAIR F. BOROUGHS
    Trial Attorneys, Tax Division
6   U.S. Department of Justice
    P.O. Box 683, Ben Franklin Station
7   Washington, D.C.  20044-0683
    Telephone:   (202) 307-6648
8                (202) 305-7546
    Facsimile:   (202) 307-0054
9   E-mail:      guy.p.jennings@usdoj.gov
                 adair.f.boroughs@usdoj.gov
10
    THOMAS M. ROHALL (Wash. St. Bar No. 12201)
11  Special Trial Counsel, Tax Division
    U.S. Department of Justice
12  4330 Watt Ave., Suite 470
    Stop No. SA 2801
13  Sacramento, CA 95821-7012
    Tel No. (916) 974-5700
14  Fax No. (916) 974-5732

15  Attorneys for United States of America

16                    IN THE UNITED STATES DISTRICT COURT

17                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                               OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. C-07-4826-CW |
| DEAN GORDON POTTER, | |
| Debtor. | |
| | Case No. C-08-00800-CW |
| UNICO SERVICES INC., | |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

1  IT IS HEREBY CERTIFIED that service of the following documents:

2      1.    **STIPULATION AND REQUEST FOR ORDER CONSOLIDATING CASES**

3      2.    [proposed] **ORDER CONSOLIDATING CASES**

4      3.    **CERTIFICATE OF SERVICE** [copy]

5  has been made this 21st day of February, 2008, by sending copies thereof by ECF and U.S. Mail to:

    JOHN GIGOUNAS
    Law Offices of John Gigounas
    100 Pine Street, Suite 750
    San Francisco, CA 94111-5207

    Attorneys for Plaintiff Unico

    /s/ G. Patrick Jennings
    G. PATRICK JENNINGS
    Trial Attorney, Tax Division
    U.S. Department of Justice