1 | JOSEPH P. RUSSONIELLO (Cal Bar. 44332)
United States Attorney

2

3 | THOMAS MOORE (ASB 4305-078T)
Assistant U.S. Attorney
Chief, Tax Division

4

5 | G. PATRICK JENNINGS
ADAIR F. BOROUGHS
Trial Attorneys, Tax Division
6 | U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
7 | Washington, D.C. 20044-0683
Telephone: (202) 307-6648
8 | (202) 305-7546
Facsimile: (202) 307-0054
9 | E-mail: guy.p.jennings@usdoj.gov
adair.f.boroughs@usdoj.gov

10

11 | THOMAS M. ROHALL (Wash. St. Bar No. 12201)
Special Trial Counsel, Tax Division
U.S. Department of Justice
12 | 4330 Watt Ave., Suite 470
Stop No. SA 2801
13 | Sacramento, CA 95821-7012
Tel No. (916) 974-5700
14 | Fax No. (916) 974-5732

15 | Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. C-07-4826-CW |
| DEAN GORDON POTTER, | |
| Debtor. | |
| | Case No. C-08-00800-CW |
| UNICO SERVICES INC., | |
| Plaintiff, | |
| vs | **ORDER CONSOLIDATING CASES** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Upon the stipulation of the parties, and for good cause shown,

IT IS ORDERED THAT pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *In re: Dean Gordon Potter*, Case No. C-07-4826-CW, and *Unico Services, Inc., v. United States*, Case No. C-08-00800-CW, are hereby consolidated for all proceedings before this Court, including but not limited to discovery, pre-trial, trial, post-trial, and appeal.

IT IS FURTHER ORDERED THAT all new filings for these consolidated cases be made in the lead case *In re: Dean Gordon Potter*, Case No. C-07-4826-CW.

DATED this 10th day of March, 2008.

_____
Claudia Wilken,
United States District Judge

Agreed.

Dated: February 20, 2008        By: /s/ G. Patrick Jennings
                                G. PATRICK JENNINGS
                                Trial Attorneys, Tax Division
                                United States Department of Justice
                                P.O. Box 683, Ben Franklin Station
                                Washington, D.C. 20044-0683
                                (202) 307-6648

                                Attorneys for the United States

Dated: February 19, 2008        /s/ John Gigounas
                                JOHN GIGOUNAS
                                Law Offices of John Gigounas
                                100 Pine Street, Suite 750
                                San Francisco, CA 94111-5207
                                (415) 391-4900

                                Attorneys for Debtor and Unico