1  JOSEPH P. RUSSONIELLO (Cal Bar. 44332)
   United States Attorney
2
   THOMAS MOORE (ASB 4305-078T)
3  Assistant U.S. Attorney
   Chief, Tax Division
4
   G. PATRICK JENNINGS
5  ADAIR F. BOROUGHS
   Trial Attorneys, Tax Division
6  U.S. Department of Justice
   P.O. Box 683, Ben Franklin Station
7  Washington, D.C.  20044-0683
   Telephone:   (202) 307-6648
8               (202) 305-7546
   Facsimile:   (202) 307-0054
9  E-mail:      guy.p.jennings@usdoj.gov
                adair.f.boroughs@usdoj.gov
10
   THOMAS M. ROHALL (Wash. St. Bar No. 12201)
11 Special Trial Counsel, Tax Division
   U.S. Department of Justice
12 4330 Watt Ave., Suite 470
   Stop No. SA 2801
13 Sacramento, CA 95821-7012
   Tel No. (916) 974-5700
14 Fax No. (916) 974-5732

15 Attorneys for United States of America

16                    IN THE UNITED STATES DISTRICT COURT

17                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                              OAKLAND DIVISION

19 | In re:                              ) Case No. C-07-4826-CW
20 |                                     )
   | DEAN GORDON POTTER,                 ) Lead Case
21 |                                     )
   |           Debtor.                   )
22 |                                     )
   | UNICO SERVICES INC.,                )
23 |                                     )
   |           Plaintiff,                )
24 |                                     ) **CERTIFICATE OF SERVICE**
   | vs                                  )
25 |                                     )
   | UNITED STATES OF AMERICA,           )
26 |                                     )
   |           Defendant.                )
27                                       )

28

1  IT IS HEREBY CERTIFIED that service of the following documents:

2  1. **JOINT CASE MANAGEMENT STATEMENT**

3  2. **CERTIFICATE OF SERVICE**

4  has been made this 19th day of March, 2008, by sending copies thereof by ECF and U.S. Mail to:

JOHN GIGOUNAS
Law Offices of John Gigounas
100 Pine Street, Suite 750
San Francisco, CA 94111-5207

Attorneys for Plaintiffs Unico and Dean Gordon Potter

/s/ G. Patrick Jennings
G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice

- 2 -