IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

DEAN GORDON POTTER,

_____/

No. C 07-04826 CW

ORDER OF REFERENCE
TO BANKRUPTCY JUDGE

    Pursuant to the Case Management Conference on April 1, 2008, and the consent of parties, IT IS HEREBY ORDERED that the above-captioned case is referred to Bankruptcy Judge Thomas Carlson for a settlement conference to be held by July 1, 2008, (or as soon thereafter as is convenient to Judge Carlson's calendar).  Counsel shall contact Judge Carlson's clerk, Gordon Hom, at 415-268-2362, immediately to schedule a date and time for a settlement conference.

DATED: 4/7/08

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

cc:  Wings; ADR; Bankruptcy Judge Carlson/Gordon Hom