John Gigounas  SBN (42822)
Gerald A. Holmes SBN (59515)
100 Pine Street, Suite 750
San Francisco, CA 94111
Telephone: (415) 391-4900
Facsimile: (415) 296-7894
john@gigounaslaw.com

Attorneys for Debtor and Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: DEAN GORDON POTTER,<br><br>   Debtor.<br><br>―――――――――――――――<br>UNICO SERVICES INC.,<br><br>   Plaintiff and Counterdefendant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant and Counterclaimant. | Civil No. C-07-4826-CW<br>**Lead Case**<br><br><br><br>D.C. Case Civil No.: CV-08-00800 CW<br>Consolidated Case<br><br>**DEAN GORDON POTTER'S AND UNICO'S NOTICE OF UNAVAILABILITY OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that during the period from June 16, 2008, to July 7, 2008, John Gigounas will be on vacation in Europe and unavailable for any purpose whatsoever, including but not limited to receiving notices of any kind, responding to ex parte applications, appearing in court or attending depositions.

Dated: May 29, 2008                            /s/ John Gigounas
                                               John Gigounas
                                               Attorney for Dean Gordon Potter and
                                               UNICO Services, Inc.

*Law Offices of*
*Simpson & Gigounas*
*100 Pine Street #750*
*San Francisco, CA 94111*
(415) 391-4900

NOTICE OF UNAVAILABILITY OF COUNSEL

1