John Gigounas  SBN (42822)
Gerald A. Holmes SBN (59515)
100 Pine Street, Suite 750
San Francisco, CA 94111
Telephone: (415) 391-4900
Facsimile: (415) 296-7894
john@gigounaslaw.com

Attorneys for Debtor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ) | |
| ) | |
| DEAN GORDON POTTER, ) | Civil No. C 07-4826-CW |
| ) | **Lead Case** |
| Debtor ) | |
| ) | |
| ───────────────────────────── ) | |
| ) | |
| UNICO SERVICES INC., ) | |
| ) | |
| Plantiff and Counterdefendant, ) | D.C. Case Civil No.: CV-08-00800 CW |
| ) | Consolidated Case |
| v. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant and Counterclaimant. ) | |
| ) | |

## **CERTIFICATE OF SERVICE**

I, Katie Ramos, declare:

I am employed in the City and County of San Francisco, State of California.  I am over the age of eighteen and not a party to nor interested in the within action.  My business address is 100 Pine Street, Suite 750, San Francisco, California 94111.  On May 29, 2008, I served a true and correct copy of the within:

**NOTICE OF UNAVAILABILITY OF COUNSEL**

*Law Offices of*
*Simpson & Gigounas*
*100 Pine Street #750*
*San Francisco, CA 94111*
(415) 391-4900

1

**CERTIFICATE OF SERVICE**

Via U.S. Mail to the addressee as follows:

Thomas M. Rohall, Esq.
Special Assistant U.S. Attorney
4330 Watt Ave., Suite 470
Stop No. SA 2801
Sacramento, CA 95821-7012

G. Patrick Jennings, Esq.
Adair F. Boroughs, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
PO Box 683, Ben Franklin Station
Washington, D.C. 20044-0683

United States Attorney (IRS)
Attn: Thomas Moore
9th Floor Federal Building
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California, this 29th day of May 2008.

/s/ Katie L. Ramos
Katie L. Ramos

Law Offices of
Simpson & Gigounas
100 Pine Street #750
San Francisco, CA 94111
(415) 391-4900

2

**CERTIFICATE OF SERVICE**