JOSEPH P. RUSSONIELLO (Cal Bar. 44332)
United States Attorney

THOMAS MOORE (ASB 4305-078T)
Assistant U.S. Attorney
Chief, Tax Division

G. PATRICK JENNINGS
ADAIR F. BOROUGHS
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
             (202) 305-7546
Facsimile:   (202) 307-0054
E-mail:      guy.p.jennings@usdoj.gov
             adair.f.boroughs@usdoj.gov

THOMAS M. ROHALL (Wash. St. Bar No. 12201)
Special Trial Counsel, Tax Division
U.S. Department of Justice
Tel No. (916) 974-5700
Fax No. (916) 974-5732

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: DEAN GORDON POTTER, <br><br> Debtor. | Civil No. C-07-4826-CW <br> **Lead Case** |
| UNICO SERVICES INC., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | D.C. Civil No. C-08-00800-CW <br><br> **Consolidated Case** <br><br> **AMENDED ORDER CONTINUING STATUS CONFERENCE AS MODIFIED** |

1   Upon the stipulation of the parties, and for good cause shown, IT IS HEREBY
2   ORDERED THAT the Order entered October 16, 2008, (Docket No. 22) is vacated.  The parties
3   shall attend a status conference on **April 21, 2009**, at 2:00 p.m.  An updated Case
4   Management Statement will be due one week prior to the conference.

6   Dated: 2/9/09    _____
7   Claudia Wilken
    United States District Judge