1    JOSEPH P. RUSSONIELLO (Cal Bar. 44332)
     United States Attorney
2
     THOMAS MOORE (ASB 4305-078T)
3    Assistant U.S. Attorney
     Chief, Tax Division
4
     G. PATRICK JENNINGS
5    ADAIR F. BOROUGHS
     Trial Attorneys, Tax Division
6    U.S. Department of Justice
     P.O. Box 683, Ben Franklin Station
7    Washington, D.C.  20044-0683
     Telephone:   (202) 307-6648
8                 (202) 305-7546
     Facsimile:   (202) 307-0054
9    E-mail:      guy.p.jennings@usdoj.gov
                  adair.f.boroughs@usdoj.gov
10
     THOMAS M. ROHALL (Wash. St. Bar No. 12201)
11   Special Trial Counsel, Tax Division
     U.S. Department of Justice
12   Tel No. (916) 974-5700
     Fax No. (916) 974-5732
13
     Attorneys for United States of America
14

15              IN THE UNITED STATES DISTRICT COURT

16          FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                      OAKLAND DIVISION

18   IN RE: DEAN GORDON POTTER,          Civil No. C-07-4826-CW
                                         **Lead Case**
19              Debtor.

20

21

22

23   UNICO SERVICES INC.,               D.C. Civil No. C-08-00800-CW

24              Plaintiff,               **Consolidated Case**

25        v.                            **THIRD ORDER CONTINUING STATUS
                                        CONFERENCE**
26   THE UNITED STATES OF AMERICA,

27              Defendant.

28

1        Upon the stipulation of the parties, and for good cause shown, IT IS HEREBY

2  ORDERED THAT the parties shall attend a status conference on July 13, 2010, at 2:00 p.m.

3  The status conference set for April 6, 2010, at 2 p.m. is vacated.  An updated Case

4  Management Statement will be due one week prior to the conference.

5

6  Dated: 4/5/2010

7                         Claudia Wilken
                           United States District Judge