MELINDA HAAG (Cal Bar. 132612)
United States Attorney

THOMAS MOORE (ASB 4305-078T)
Assistant U.S. Attorney
Chief, Tax Division

G. PATRICK JENNINGS
ADAIR F. BOROUGHS
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
             (202) 305-7546
Facsimile:   (202) 307-0054
E-mail:      guy.p.jennings@usdoj.gov
             adair.f.boroughs@usdoj.gov

THOMAS M. ROHALL (Wash. St. Bar No. 12201)
Special Trial Counsel, Tax Division
U.S. Department of Justice
Tel No. (916) 974-5700
Fax No. (916) 974-5732

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: DEAN GORDON POTTER,<br><br>Debtor. | Civil No. C-07-4826-CW<br>**Lead Case** |
| UNICO SERVICES INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | D.C. Civil No. C-08-00800-CW<br><br>**Consolidated Case**<br><br>**SIXTH ORDER CONTINUING STATUS CONFERENCE** |

1       Upon the Request of the United States, and for good cause shown, IT IS HEREBY

2  ORDERED THAT the parties shall attend a status conference on **June 21, 2011**, at **2:00 p.m.**

3  The status conference set for January 18, 2011, at 2 p.m. is vacated.  An updated Case

4  Management Statement will be due one week prior to the conference.

5  IT IS SO ORDERED.

6

7  Dated: **1/3/2011**

8                       Claudia Wilken
                     United States District Judge