MELINDA HAAG (Cal Bar. 132612)
United States Attorney

THOMAS MOORE (ASB 4305-078T)
Assistant U.S. Attorney
Chief, Tax Division

G. PATRICK JENNINGS
ADAIR F. BOROUGHS
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
             (202) 305-7546
Facsimile:   (202) 307-0054
E-mail:      guy.p.jennings@usdoj.gov
             adair.f.boroughs@usdoj.gov

THOMAS M. ROHALL (Wash. St. Bar No. 12201)
Special Trial Counsel, Tax Division
U.S. Department of Justice
Tel No. (916) 974-5700
Fax No. (916) 974-5732

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: DEAN GORDON POTTER,<br><br>　　　　　　Debtor. | Civil No. C-07-4826-CW<br>**Lead Case** |
| UNICO SERVICES INC.,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | D.C. Civil No. C-08-00800-CW<br><br>**Consolidated Case**<br><br>**SEVENTH ORDER CONTINUING STATUS CONFERENCE** |

Upon the Request of the United States, and for good cause shown, IT IS HEREBY ORDERED THAT the parties shall attend a status conference on **December 20, 2011**, at **2:00 p.m.** The status conference set for June 21, 2011, at 2 p.m. is vacated. An updated Case Management Statement will be due one week prior to the conference.

IT IS SO ORDERED.

Dated: **6/13/2011**

_____
Claudia Wilken
United States District Judge