IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: DEAN GORDON POTTER,   No. C 07-04826 CW

_____/   ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE

 The case management conference currently set for December 20, 2011, is continued to June 20, 2012, at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612. Bankruptcy Judge Thomas Carlson will contact the parties regarding their proposed stipulation, and this Court will issue further orders as recommended by him.

Dated: 12/13/2011

CLAUDIA WILKEN
United States District Judge