KATHRYN KENEALLY
Assistant Attorney General

G. PATRICK JENNINGS
ADAIR F. BOROUGHS
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
E-mail:         guy.p.jennings@usdoj.gov
                    adair.f.boroughs@usdoj.gov

THOMAS M. ROHALL (Wash. St. Bar No. 12201)
Special Trial Counsel, Tax Division
U.S. Department of Justice
Tel No. (916) 974-5700

Attorneys for United States of America

MELINDA HAAG (Cal Bar. 132612)
United States Attorney
THOMAS MOORE (ASB 4305-078T)
Assistant U.S. Attorney
Chief, Tax Division
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: DEAN GORDON POTTER,<br><br>        Debtor. | Civil No. C-07-4826-CW<br>**Lead Case** |
| UNICO SERVICES INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>THE UNITED STATES OF AMERICA,<br><br>        Defendant. | D.C. Civil No. C-08-00800-CW<br><br>**Consolidated Case**<br><br>**NINTH ORDER CONTINUING STATUS CONFERENCE** |

Upon the Request of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the parties shall attend a status conference on Wednesday, December 19, 2012, at 2:00 p.m. The status conference set for June 20, 2012, at 2 p.m. is vacated. An updated Case Management Statement will be due one week prior to the conference.

IT IS SO ORDERED.

Dated: 6/13/2012

Claudia Wilken
United States District Judge