1  KATHRYN KENEALLY
   Assistant Attorney General
2
   G. PATRICK JENNINGS
3  ADAIR F. BOROUGHS
   Trial Attorneys, Tax Division
4  U.S. Department of Justice
   P.O. Box 683, Ben Franklin Station
5  Washington, D.C.  20044-0683
   Telephone:   (202) 307-6648
6  E-mail:      guy.p.jennings@usdoj.gov
                adair.f.boroughs@usdoj.gov
7
   THOMAS M. ROHALL (Wash. St. Bar No. 12201)
8  Special Trial Counsel, Tax Division
   U.S. Department of Justice
9  Tel No. (916) 974-5700

10 Attorneys for United States of America

11 MELINDA HAAG (Cal Bar. 132612)
   United States Attorney
12 THOMAS MOORE (ASB 4305-078T)
   Assistant U.S. Attorney
13 Chief, Tax Division
   Of Counsel
14

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: DEAN GORDON POTTER,<br>  Debtor. | Civil No. C-07-4826-CW<br>Lead Case |
| UNICO SERVICES INC.,<br>  Plaintiff,<br>  v.<br>THE UNITED STATES OF AMERICA,<br>  Defendant. | D.C. Civil No. C-08-00800-CW<br>Consolidated Case<br>TENTH ORDER CONTINUING STATUS CONFERENCE |

1
2   Upon the Request of the parties, and for good cause shown, IT IS HEREBY ORDERED
3   THAT the parties shall attend a status conference on **Wednesday, March 13, 2013**, at
4   **2:00 p.m**.  The status conference set for December 19, 2012, at 2 p.m. is vacated.  An
5   updated Case Management Statement will be due one week prior to the conference.  The
6   Court exhorts the parties to undertake all possible efforts at the earliest possible time to
7   resolve this very old case by the next status conference.  Either side may request a settlement
8   conference with Judge Carlson or with a Magistrate Judge.  The next status conference will not
9   be continued. Instead, if the settlement has not been completed by then, the parties shall
10  provide a full report on all efforts undertaken and all steps that need to be taken.

11  IT IS SO ORDERED.

12  DATED:  12/12/2012

            _____
13          Claudia Wilken
            United States District Judge

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28