KATHRYN KENEALLY
Assistant Attorney General

G. PATRICK JENNINGS
ADAIR F. BOROUGHS
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
E-mail:   guy.p.jennings@usdoj.gov
             adair.f.boroughs@usdoj.gov

THOMAS M. ROHALL (Wash. St. Bar No. 12201)
Special Trial Counsel, Tax Division
U.S. Department of Justice
Tel No. (916) 974-5700

Attorneys for United States of America

MELINDA HAAG (Cal Bar. 132612)
United States Attorney
THOMAS MOORE (ASB 4305-078T)
Assistant U.S. Attorney
Chief, Tax Division
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: DEAN GORDON POTTER,<br><br>Debtor. | Civil No. C-07-4826-CW<br>**Lead Case** |
| UNICO SERVICES INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | D.C. Civil No. C-08-00800-CW<br><br>**Consolidated Case**<br><br>**SCHEDULING ORDER** |

The Court held a status conference by telephone on March 13, 2013. G. Patrick Jennings and Adair Boroughs participated for the United States and James T. Cois participated for Dean Potter.

IT IS HEREBY ORDERED THAT

1. On or before March 15, 2013, Potter will file a motion to deposit funds with the Bankruptcy Court.

2. The United States will file a motion for distribution of funds from the Bankruptcy Court, to be noticed under Local Rule 9014, to be heard on April 18th or as soon thereafter as the Bankruptcy Court will allow.

3. On or before March 29, 2013, Potter (1) will provide an accounting of all offshore funds to the United States; (2) repatriate all offshore funds or file a report with the Court describing all offshore funds and all efforts to repatriate them; and (3) Potter and Unico will deposit the full payment of tax, penalties, and interest due on the OEL issues with the Bankruptcy Court or explain why they cannot fully perform and further estimate the date of their full compliance.

4. On or before April 5, 2013, the United States will lodge with Judge Carlson a list of all non-OEL issues that it believes Potter has failed to adequately substantiate.

5. On or before April 12, 2013, the United States will submit a calculation of tax consequences of the accounting provided above in paragraph 3.

6. On or before April 26, 2013, Potter will lodge with Judge Carlson his factual substantiation of all non-OEL issues, including declarations and any documentary evidence supporting his positions.

7. On or before May 10, 2013, the United States will lodge a reply to Potter's substantiation, explaining why it believes the substantiation submitted by Potter is inadequate;

8. The Court will hold an evidentiary hearing on the disputed non-OEL issues on the first available hearing date convenient to Judge Carlson in Courtroom __ located at 235 Pine Street, 19th Floor, San Francisco, California 94104. The parties will not be allowed to

introduce evidence at this hearing not previously lodged with the Court under Paragraphs 6 and 7.

9. The parties will appear for a further case management conference on June 5, 2013, at 2 pm. A joint status report will be due one week before the conference.

IT IS SO ORDERED.   The Court's minute order continues to apply.

Dated: 3/21/2013

Claudia Wilken
United States District Judge

Jointly Submitted:

/s/ G. Patrick Jennings
G. PATRICK JENNINGS
Trial Attorney, Tax Division

/s/ Thomas M. Rohall
THOMAS M. ROHALL
Special Trial Counsel,
United States Department of Justice

/s/ James T. Cois
JAMES T. COIS
Attorney for Dean Gordon Potter

/s/ Anthony Gasaway
ANTHONY GASAWAY
Attorney for Potter, Unico