IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DEAN GORDON POTTER,<br><br>      Debtor.<br>_____/<br>UNICO Services INC<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA.<br><br>      Defendants.<br>_____/ | No. C 07-4826 CW<br>    C 08-0800 CW<br><br>(Bk. No. 06-42423 LT-11)<br><br>ORDER CONTINUING STATUS CONFERENCE SCHEDULED FOR JUNE 5, 2013 |

    The Court is informed that the parties have reached a settlement, and that the only remaining steps are the calculation of the additional tax, penalties and interest due in light of the agreed-upon amounts of taxable income and approval of the settlement by the bankruptcy court upon completion of the calculations.

    The Court will assume that the government's motion for an order to show cause regarding contempt is withdrawn.  (Docket No.

63).  If the government still seeks such an order, it must re-notice its motion.

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that:

(1) The parties shall submit the calculated amount of additional tax, penalties and interest due to the bankruptcy court within two weeks of the date of this order;

(2) The status conference currently scheduled for June 5, 2013 shall be continued to July 24, 2013.

IT IS SO ORDERED.

Dated:  5/23/2013

CLAUDIA WILKEN
United States District Judge

2