IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:

DEAN GORDON POTTER,

    Debtor.

_____/

UNICO Services INC.,

    Plaintiff,

  v.

UNITED STATES OF AMERICA.

    Defendants.

_____/

No. C 07-4826 CW
    C 08-0800 CW

(Bk. No. 06-42425 RLE-11)

ORDER GRANTING REQUEST
FOR EXTENSION OF TIME
(Docket No. 74)

    On July 3, 2013, this Court entered an Order to Show Cause directing Debtor Dean Gordon Potter and Plaintiff Unico Services Inc. to appear before the Court on August 8, 2013 to show cause why they should not be held in contempt for failure to comply with the March 3, 2013 scheduling order. The Court further ordered Debtor to produce to the government certain documents within one week of the date of the order and to make certain filings with the Court no later than July 18, 2013.

    Lead Counsel for Debtor has now filed an ex parte application for an extension of time with respect to the production of documents to the government due today. Counsel states that he has only recently appeared in this case, and he did not review the

July 3 order until July 8 because he was on vacation. Counsel seeks a two-day extension to July 12.

The Court will grant Counsel until 12:00 pm on July 12 to produce the relevant documents to the government. However, the Court admonishes counsel that he must comply with the Court's Local Rules. <u>See</u> Local Rule 7-10 (providing that "a party may file an ex parte motion . . . only if a statute, Federal Rule, local rule or Standing Order authorizes the filing of an ex parte motion in the circumstances and the party has complied with the applicable provisions allowing the party to approach the Court on an ex parte basis.") Moreover, the Court advises Debtor that it will not grant any request to extend time with respect to the filings he is required to make by July 18, 2013.

IT IS SO ORDERED.

Dated: 7/10/2013

CLAUDIA WILKEN
United States District Judge