IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DEAN GORDON POTTER,<br><br>    Debtor.<br>_____/<br>UNICO Services INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA.<br><br>    Defendants.<br>_____/ | No. C 07-4826 CW<br>    C 08-0800 CW<br><br>(Bk. No. 06-42425 RLE-11)<br><br>SCHEDULING ORDER |

On July 3, 2013, the Court ordered Debtor Dean Gordon Potter and Plaintiff Unico Services Inc. to appear for a hearing to show cause why they should not be held in contempt for failure to comply with the Court's March 21, 2013 scheduling order.  On its own motion, the Court hereby reschedules the hearing to 2:00 pm on August 15, 2013 in Courtroom 2 on the fourth floor of 1301 Clay Street, Oakland, California.  The case management conference previously scheduled for August 8, 2013 is also continued to August 15, 2013.  The deadlines for the parties' filings are not changed.

    IT IS SO ORDERED.

Dated: 7/22/2013

CLAUDIA WILKEN
United States District Judge