IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: DEAN GORDON POTTER,<br><br>Debtor. | Civil No. C-07-4826-CW<br>**Lead Case**<br><br>**ORDER TO CONTINUE HEARING ON ORDER TO SHOW CAUSE** |
| UNICO SERVICES INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | D.C. Civil No. C-08-00800-CW<br><br>**Consolidated Case** |

Upon the Request of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the hearing on the order to show cause (doc. 72) presently set for August 15, 2013, at 2 p.m. is continued to September **12**, 2013, at 2 p.m.  The United States will file its brief response to the production by defendants on or before September 6, 2013.  The status conference is continued to September **12**, 2013, at 2 p.m.

IT IS SO ORDERED.

Dated: 7/25/2013

Claudia Wilken
United States District Judge