IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: DEAN GORDON POTTER,<br><br>  Debtor. | Civil No. C-07-4826-CW<br>**Lead Case**<br><br>**ORDER TO VACATE ORDER TO SHOW CAUSE** |
| UNICO SERVICES INC.,<br><br>  Plaintiff,<br>  v.<br>THE UNITED STATES OF AMERICA,<br><br>  Defendant. | D.C. Civil No. C-08-00800-CW<br><br>**Consolidated Case** |

Upon the request of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the hearing on the order to show cause (doc. 72) presently set for October 10, 2013, at 2 p.m. is vacated. The order to show cause (doc. 72) is vacated. The parties will lodge a proposed final judgment in this matter ~~on or~~ before November 14, 2013. If the parties are unable to submit a final judgment by that date, counsel shall appear for a status conference at 2:00 p.m. on November 14, 2013, to explain the status of the case.

IT IS SO ORDERED.

Dated: 10/7/2013

_____
Claudia Wilken
Chief United States District Judge