KATHRYN KENEALLY
Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
E-mail:          guy.p.jennings@usdoj.gov

THOMAS M. ROHALL (Wash. St. Bar No. 12201)
Special Trial Counsel, Tax Division
United States Department of Justice
Tel No. (916) 974-5700

Attorneys for United States of America

MELINDA HAAG (Cal Bar. 132612)
United States Attorney
THOMAS MOORE (ASB 4305-078T)
Assistant U.S. Attorney
Chief, Tax Division
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: DEAN GORDON POTTER,<br><br>Debtor. | Civil No. C-07-4826-CW<br><br>**Lead Case**<br><br>**STIPULATION AND REQUEST FOR ENTRY OF JUDGMENT**, and ORDER |
| UNICO SERVICES INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | D.C. Civil No. C-08-00800-CW<br><br>**Consolidated Case** |

Plaintiff the United States of America and defendants Dean Gordon Potter and Unico Services, Inc., by counsel, hereby agree and request entry of judgment in the following form:

## PROPOSED JUDGMENT

1.  Dean Gordon Potter is indebted to the United States for the tax years at issue (described below in the table) in the total amount of $2,447,599.43 for individual income tax, penalties, interest, and statutory additions, plus interest according to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621(a)(2), from November 14, 2013, until the judgment is paid.

| Type of Tax | Tax Period | Tax, Penalty, Interest Due[1] |
|---|---|---|
| IRS Form 1040 | 2000 | $289,850.78 |
| IRS Form 1040 | 2001 | $623,625.91 |
| IRS Form 1040 | 2002 | $265,786.35 |
| IRS Form 1040 | 2003 | $230,716.73 |
| IRS Form 1040 | 2004 | $132,394.03 |
| IRS Form 1040 | 2005 | $81,489.84 |
| International Penalties | | $823,735.79 |

2.  Unico Services Inc. is indebted to the United States for the taxable year ending June 30, 2001, in the total amount of $135,542.75 for corporate income tax, interest, and statutory additions, plus interest according to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621(a)(2), from November 14, 2013, until the judgment is paid.

3.  Each party shall be liable for its own costs of litigation and attorneys' fees.

### END OF PROPOSED JUDGMENT

Counsel respectfully request entry of a Judgment in a Civil Case in accordance with the foregoing. A proposed Judgment is submitted herewith.

KATHRYN KENEALLY
Assistant Attorney General

Dated: November 13, 2013

/s/ G. Patrick Jennings
G. PATRICK JENNINGS
Trial Attorney, Tax Division
United States Department of Justice

---

[1] Accruals of interest, penalties, statutory additions, and credits are calculated to November 14, 2013.

| | |
|---|---|
| Dated: November 13, 2013 | */s/ Robert J. Stientjes*<br>ROBERT J. STIENTJES<br>Stientjes & Tolu LLC<br>9378 Olive Blvd., Ste. 307<br>St. Louis, Missouri 63132<br>(314) 743-3292<br><br>Attorneys for Potter, Unico |

## ORDER

In accordance with the stipulation of the parties set forth above,

**IT IS ORDERED THAT** the Clerk is directed to enter the proposed judgment submitted with this stipulation.

**IT IS SO ORDERED.**

Dated: November 14, 2013

CLAUDIA WILKEN
United States District Court Judge