IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: DEAN GORDON POTTER,<br><br>Debtor. | Civil No. C-07-4826-CW<br><br>**Lead Case**<br><br>**JUDGMENT IN A CIVIL CASE** |
| UNICO SERVICES INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | D.C. Civil No. C-08-00800-CW<br><br>**Consolidated Case** |

1. Dean Gordon Potter is indebted to the United States for the tax years at issue (described below in the table) in the total amount of $2,447,599.43 for individual income tax, penalties, interest, and statutory additions, plus interest according to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621(a)(2), from November 14, 2013, until the judgment is paid.

| Type of Tax | Tax Period | Tax, Penalty, Interest Due[1] |
|---|---|---:|
| IRS Form 1040 | 2000 | $289,850.78 |
| IRS Form 1040 | 2001 | $623,625.91 |
| IRS Form 1040 | 2002 | $265,786.35 |
| IRS Form 1040 | 2003 | $230,716.73 |
| IRS Form 1040 | 2004 | $132,394.03 |
| IRS Form 1040 | 2005 | $81,489.84 |
| International Penalties | | $823,735.79 |

---

[1] Accruals of interest, penalties, statutory additions, and credits are calculated to November 14, 2013.

2. Unico Services Inc. is indebted to the United States for the taxable year ending June 30, 2001, in the total amount of $135,542.75 for corporate income tax, interest, and statutory additions, plus interest according to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621(a)(2), from November 14, 2013, until the judgment is paid.

3. Each party shall be liable for its own costs of litigation and attorneys' fees.

**Approved.**

Dated:  November 14, 2013

_____
CLAUDIA WILKEN
United States District Court Judge

**Entered.**

Dated:  November 14, 2013

_____
CLERK, United States District Court